IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-01-210 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| JAMES R. DONOVAN, M.D., et al, | : |
| Defendant(s) | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Jack Sherman, Jr.. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 17, 2002 Report and Recommendations (Doc. 40). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED AND ADJUDGED THAT plaintiff's motion for joinder of claims and persons (Doc. 26) is hereby GRANTED in part and DENIED in part as follows:

1. Plaintiff's motion to join his new Title VI and Title VII claims in proposed Counts 16, 17, 18 and 26 against the University and other Defendants in their <u>official</u> capacities is hereby GRANTED;

2. Plaintiff's motion to join new Title VI and Title VII claims in proposed Counts 16, 17, 18 and 26 against Defendant Donovan and the proposed Defendants in

      their <u>individual</u> capacities is hereby DENIED;

3.     Plaintiff's motion to join Non-Title VI and Title VII claims in proposed Counts 19-21, 23-25, 27-43 against the University and against Defendant Donovan and the proposed Defendants in their <u>official</u> capacities is hereby DENIED;

4.     Plaintiff's motion to join new state law claims in proposed Counts 27-43 is hereby DENIED; and

5.     Plaintiff's motion to join proposed Count 22 is hereby DENIED.

The Clerk of this Court is directed to separately docket Plaintiff's proposed Amended Complaint as "Plaintiff's First Amended Complaint" and service shall be required only on the original defendants.

Discovery shall be limited to and focused on Plaintiff's Claims under Title VI and Title VII.

IT IS SO ORDERED.


        ___s/Susan J. Dlott_____
        Susan J. Dlott
        United States District Judge