IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                    :
      Magistrate Judge Jack Sherman, Jr.   :   Case Number:  1:01cv210
                                           :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

                           ___s/Susan J. Dlott_____
                           Susan J. Dlott
                           United States District Judge