UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY -3 PM 1:26

| | |
|---|---|
| DARLINGTON AMADASU | Case No: C - 1- 01 - 210 |
| Plaintiff | Judge Susan J. Dlott |
| -V- | PLAINTIFF'S MOTION FOR ORDER FOR RULE 26(f) CONFERENCE and PRELIMINARY PRETRIAL CONFERENCE and CASE MANAGEMENT ORDER |
| JAMES R. DONOVAN, MD, et al Defendants | |

Individually, personally, officially, & jointly

---

Now comes, Plaintiff, lay Pro Se, and movies this Court for Order for schedule:

1. Directing Rule 26(f) mandatory discovery/scheduling conference of parties by telephone or by mail
2. Parties to prepare Attorney/Pro Se Planning Meeting Report of the parties Preliminary Pretrial Conference
3. Case Scheduling/Management Order.

## MEMORANDUM

The Complaint was filed 4/11/01 and the issues were joined on 10/1/03 when "Ohio Defendants" and "Texas Defendants: served filed and Answers.

Plaintiff now requests this court to make order directing execution of items 1 to 3 above pursuant to Rule 16. Parties may seek a pretrial conference either by informal request or by motion. See DiDomenico v. New York Life Insurance Co., 837 F.Supp.1203, 1206 (M.D.Fla.1993)(motion for a conference under Rule 16(a).

Respectfully submitted,

Darlington Amadasu, Plaintiff, lay Pro se
P.O. Box 6263
Cincinnati, OH 45206
513-207-9010

1

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was served on Justin D. Flamm by fax 513-381-0205; Ramiro Canales by fax 512-320-0667 on May 3, 2004

*[signature]*