# United States District Court
## Southern District of Ohio
## Western Division

Darlington Amadasu,
    Plaintiff                                         No. C-1-01-210

vs.                                                         Dlott, J.; Black, MJ

James Donovan, et al.,
    Defendants                                    **ORDER**

On May 3, 2004, Plaintiff filed a Motion for Rule 26(f) conference (Doc. 58). That motion is GRANTED. The conference will be held at Room 716, Potter Stewart U.S. Courthouse, 100 E. 5th St., Cincinnati, Ohio on June 18, 2004 at 3:00 p.m. Ramiro Canales, Esquire, counsel for the parties in Austin, Texas, may participate by telephone. The parties are required to submit a Joint Rule 26(f) Report by June 11, 2004.

Date: <u>5/20/04</u>                                        <u>s/Timothy S. Black</u>
                                                             Timothy S. Black
                                                             United States Magistrate Judge