FILED
JAMES BONINI
CLERK

04 JUN 15 PM 2:46

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States District Court
Southern District of Ohio
Western Division
Cincinnati, Ohio

DARLINGTON AMADASU
Plaintiff

vs

JAMES DONOVAN, et al
Defendant

Case No. C-1-01-210

RULE 26(f) REPORT OF THE PARTIES
(to be filed no later than 7 days before the Preliminary Pretrial Conference)

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended by:

   DARLINGTON AMADASU Counsel for plaintiff DARLINGTON AMADASU

   _____ Counsel for plaintiff _____

   _____ Counsel for plaintiff _____

   JUSTIN D. FLAMM Counsel for defendant OHIO DEFENDANTS

   RAMIRO CANALES Counsel for defendant TEXAS DEFENDANTS.

   _____ Counsel for defendant _____

   _____ Counsel for defendant _____

2. The parties:
   ___ have exchanged the discovery disclosures required by Rule 26(a)(1)
   X  will exchange such disclosures by JULY 15, 2004
   ___ are exempt from disclosure under Rule 26(a)(1)(E)
   ___ have agreed not to make initial disclosures.

3. The parties:
   ___ unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 (c)
   X  do not unanimously consent to the jurisidiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 (c)

4. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties; Claims, Supplement    August 31, 2004

5.  Is this case appropriate for mediation after a limited discovery period? __OPEN__
    Will the parties request the services of a court mediator? __OPEN.__
    Has a settlement demand been made? __NO__
    Date by which settlement demand can be made? __OPEN.__
    Date by which response can be made to settlement demand? __OPEN__

6.  Recommended Discovery Plan:
    A.  Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:
    
    DISCOVERY TO COVER ALL PLAINTIFF'S CLAIMS and Defendants' defenses. Plaintiff's shall include Federal and State claims. Plaintiff's discovery for case dispositive motions and for trial, on defendants and relevant witnesses.

    B.  What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the S.D. Ohio Civ. Rules, including the limitations to 25 interrogatories, 40 requests for admissions, and the limitation of ten depositions, each lasting no more than one seven-hour day?
    
    Plaintiff shall propound discovery on each named defendants individually

C. Additional recommended limitations on discovery:

Joint defendants' deposition of plaintiff on same date and time and place.
Court appointed Judge to oversee Discovery.

D. Describe the areas for which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of Fed. R. Civ. P. 26(a)(2).

Undetermined at this stage of the case will be determined as case progresses.

E. Recommended date for identifying primary experts: October 1st, 2004

F. Recommended date for producing primary expert reports: October 29, 2004

G. Recommended date for identifying rebuttal experts: November 1, 2004

H. Recommended date for producing rebuttal expert reports: November 29, 2004

I. Recommended discovery cut-off date: January 31, 2005

7. Recommended Dispositive Motion Deadline date: March 31, 2005
8. Recommended date for Final Pretrial Conference: OPEN
(at least 4 months after Dispositive Motion Deadline)

9. Recommended date for trial: OPEN
(at least two weeks after Final Pretrial Conference)

10.   Other matters for the attention of the Court:

Plaintiff has not amended the original Complaint and reserves the right to amend, supplement, join parties and claims as the rules provide.

SIGNATURES:

Attorneys for Plaintiff

*/signature/*

~~Ohio Bar #~~ Pro Se
Trial Attorney for

Pro Se

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Attorneys for Defendant or Third Parties:

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

CERTIFICATE OF SERVICE

I certify that Copy of the foregoing was served on Justin Flamm and Ramiro Canales by Fax on 6/15/04

*/signature/*