UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

    Plaintiff,

vs.                                                    Case No. 1:01-cv-210
                                                    (Dlott, J.; Black, M.J.)

JAMES R. DONOVAN, M.D *et al.,*

    Defendants.

## ORDER

This case came before the Court for a scheduling conference on June 18, 2004, attended by Plaintiff, counsel for the "Ohio defendants," and counsel for the "Texas defendants" (by telephone). Based upon the parties' proposals and the Court's response, the Court hereby sets the following schedule and parameters:

1.     Deadline to exchange disclosures as required by
       Fed. R. Civ. P. 26(a)                                                  7/15/04

2.     Deadline for to amend pleadings and add parties                  8/31/04

    Discovery shall be limited to and focused on Plaintiff's Claims under Title VI and Title VII. *See* doc. 50.

    The Ohio defendants (collectively) shall be entitled to depose Plaintiff for up to seven hours.

    The Texas defendants (collectively) shall be entitled to depose Plaintiff for up to seven hours.

3.  Deadline to identify plaintiff experts: 10/1/04
    Deadline to produce plaintiff expert reports: 10/29/04

    Deadline to identify defendants experts: 11/1/04
    Deadline to produce defendants expert reports: 11/29/04

4.  Discovery Cutoff  1/31/05

5.  Last date in which to file dispositive motions not directed to the pleadings. (E.g. summary judgment motions)  3/31/05

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).

6.  Final Pre-Trial Conference  6/05

7.  Trial  7/05

In accordance with S.D. Ohio Civ. R. 37.1, objections, motions, applications and requests relating to discovery shall not be filed with the Court by any party, unless counsel has first exhausted, among themselves, all extrajudicial means of resolving their differences. After said means are exhausted, then, in lieu of filing a motion under Rules 26 and 37 of the Federal Rules of Civil Procedure, counsel must notify the Court seeking a conference.

All discovery shall be requested by the discovery cutoff date. Parties who undertake to extend discovery by agreement beyond the cutoff date without Court approval do so at the risk the Court may not permit its completion before trial. Counsel shall keep the Court currently advised of the status of discovery in this case and promptly bring to the Court's attention any discovery disputes requiring court resolution.

This Court has an additional condition to S.D. Ohio Civ. R. 7.2(a)(3). Any brief and/or memoranda in support of or in opposition to any motion in this Court shall not exceed twenty pages without first obtaining leave of Court. A motion for leave must set forth the reasons excess pages are required and the number of pages sought. If leave of the Court is granted, counsel must include: (1) a table of contents indicating the main sections of the memorandum, the arguments made in each section, and the pages on which each section and subsection may be found; and (2) a succinct, clear, and accurate summary not to exceed five pages of the principal arguments made and citations to the primary authorities relied upon in the memorandum. The parties shall provide an appendix including copies of all out-of-state decisions and all unpublished decisions. All briefs and memoranda shall comply with the formal requirements of S.D. Ohio Civ. R. 7.2. In an effort to encourage settlements, the Court may schedule a settlement conference at any time. Counsel also may request that a conference be scheduled at any time when it appears such a conference would be fruitful. Each counsel will be required to prepare and submit a letter no longer than five pages to the Court one week prior to the conference with a synopsis of the case and the status of any settlement negotiations to date. These letters are ex parte and should not be filed with the Clerk's Office nor exchanged with opposing counsel.

The attention of counsel is called to amendments to the Federal Rules of Civil Procedure which became effective December 1, 1993, particularly with respect to expert reports.

IT IS SO ORDERED.

Date: June 21, 2004                  s/ Timothy S. Black
                                                       Timothy S. Black
                                                       United States Magistrate Judge