UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | |
| | : | Case No. 1:01-cv-210 |
| Plaintiff, | : | |
| | : | Judge Dlott |
| v. | : | Magistrate Judge Black |
| | : | |
| JAMES R. DONOVAN, M.D., *et al.*, | : | **OHIO DEFENDANTS' RULE 26(a)(1)** |
| | : | **DISCLOSURES** |
| Defendants. | : | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants University of Cincinnati ("UC") James R. Donovan, Andrew G. Freeman, Debra Ann Middaugh, Muriel Pohl, Dora Jefferson-Gaynor, Ralph Charles Buncher, Judy L. Jarrell, Tracy Herrman, and Andrew T. Filak (collectively "the Ohio Defendants") provide the following initial disclosures to Plaintiff Darlington Amadasu ("Amadasu").

1.      As prescribed by Rule 26(a)(1)(A), the individuals listed below are likely to have discoverable that the Ohio Defendants may use to support their defenses, other than solely for impeachment.  The Ohio Defendants reserve the right to supplement this list as the case progresses.

The subjects of information listed are not all-inclusive, each individual may have knowledge of subject other than that stated below:

| | Name | Subject(s) of Information |
|---|---|---|
| 1 | Ralph Charles Buncher<br>Environmental Health<br>Kettering G39<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-1410 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |

|   | Name | Subject(s) of Information |
|---|------|---------------------------|
| 2 | James R. Donovan, M.D.<br>Environmental Health<br>Kettering<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-5701 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 3 | Andrew T. Filak, M.D.<br>College of Medicine<br>MSBE-251F<br>P.O. Box 670555<br>Cincinnati, Ohio 45267-0555<br>(513) 558-7342 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 4 | Andrew G. Freeman, M.D.<br>Environmental Health<br>Kettering G18<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-0037 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 5 | Dora Jefferson-Gaynor<br>(address unknown) | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 6 | Tracy Herrmann<br>Science and Allied Health Building, Room 104<br>Raymond Walters College<br>9555 Plainfield Road<br>Blue Ash, Ohio 45236<br>(513) 745-5615 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 7 | Judy L. Jarrell<br>Environmental Health<br>Occupational Medicine<br>WHERRY G-24<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-1729 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |

|    | Name | Subject(s) of Information |
|----|------|---------------------------|
| 8  | James E. Lockey, M.D.<br>Environmental Health<br>Kettering G12A<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-0030 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 9  | Debra Ann Middaugh, M.D<br>Environmental Health<br>Kettering<br>P.O. Box 670056<br>Cincinnati, Ohio 45267-0056<br>(513) 558-0030 | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |
| 10 | Muriel Pohl, M.D.<br>(address unknown) | Amadasu's participation in UC's residency training program and some of the allegations in the Complaint. |

2.    As prescribed by Rule 26(a)(1)(B), copies of documents that are in the possession, custody, or control of the Ohio Defendants, and which the Ohio Defendants may use to support their defenses, other than solely for impeachment, are available for inspection at the offices of Taft, Stettinius & Hollister at a mutually agreeable time.

3.    As prescribed by Rule 26(a)(1)(D), an insurance agreement under which a person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy any such judgment will be produced for inspection at the offices of Taft, Stettinius & Hollister at a mutually agreeable time.

3

{W0206714.1}

Respectfully submitted,

James Petro, Attorney General

By: /s/ Gregory Parker Rogers
Gregory Parker Rogers (0042323)
Justin D. Flamm (0071575)
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Attorneys for the Ohio Defendants

OF COUNSEL:
Mitchell D. McCrate (0047403)
Associate General Counsel
University of Cincinnati
Office of the General Counsel
300 Administrative Building
Cincinnati, Ohio 45221-0623
(513) 556-3483

{W0206714.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Ohio Defendants' Rule 26(a)(1) Disclosures was served upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, and upon Ramiro Canales, counsel for Claudia Miller, Roger Perales, and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, TX 78711-2548 via regular United States mail, postage prepaid, this __15th__ day of July, 2004.

    /s/ Gregory Parker Rogers
Gregory Parker Rogers (0042323)
Justin D. Flamm (0071575)
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Attorneys for the Ohio Defendants

{W0206714.1}