UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 SEP -1 PM 3:46

| | |
|---|---|
| DARLINGTON AMADASU | Case No: C -1 - 01 - 210 |
| Plaintiff | Judge: DLOTT |
| | Magistrate BLACK |
| -V- | |
| JAMES R. DONOVAN, MD, et al | **MOTION FOR FILING PLAINTIFF'S AMENDED/SUPPLEMENTED COMPLAINT WITH JOINDER OF CLAIMS & PERSONS** |
| Defendants | |

Jointly, severally or alternatively

Plaintiff Darlington Amadasu moves this court for order directing the filing of plaintiff's amended/supplemented complaint with joinder of claims and persons'

### MEMORANDUM

At the June 18, 2004, Rule 26(f) conference, Magistrate Judge Black made Case Scheduling Order pursuant of which Plaintiff moves to file his amended/supplemented complaint with joinder of claims and persons, original copy of which is hereto annexed for filing.

### **CONCLUSION**

Based on the foregoing, plaintiff requests this relief be granted expeditiously to facilitate discovery by parties.

Respectfully submitted,

_____
Darlington Amadasu,
Plaintiff, Pro Se.

**CERTIFICATE OF SERVICE**
This is to certify that a true copy of the foregoing was served on Justin D. Flamm and Ramiro Canales by USPS MAIL to their addresses on record on August 30, 2004