**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SEP 0 1 2004

04 SEP -1 PM 3:47

JAMES BONINI, Clerk
CINCINNATI, OHIO

| | |
|---|---|
| DARLINGTON AMADASU | Case No: C-1-01-210 |
| Plaintiff | BLACK/DLOTT |
| -V- | |
| JAMES R. DONOVAN, MD | PLAINTIFF'S MOTION FOR PROCESS SERVICE OF AMENDED/SUPPLEMENTED COMPLAINT WITH JOINDER OF CLAIMS AND PERSONS |
| et al Defendants | "FOR EMERGENCY ORDER" |

### MEMORANDUM

On 4/18/01 this court granted plaintiff leave to proceed in forma pauperis and ordered that copy of the summons and complaint be served by United States Marshall Service (USMS) [Doc.3]

At 6/18/04 Rule26 (f) conference, Magistrate Judge Black made Case Scheduling Order (CSO) in which amending, supplementing and joinder of persons and claims were ordered. Plaintiff has filed the amended/supplemented complaint with joinder of eight (8) additional defendants and supplemental claims.

Sequel to the 4/18/01 order and pursuant to FRCP 4(c)(2) and 28 USC 1915, plaintiff moves this Court for an emergency renewed Order directing United States Marshals to serve the Summons and Amended/Supplemented Complaint with joinder of persons and claims upon the eight additional defendants, to wit, Kathleen Robbins, Linda Harpster, Jacqueline Collins, Diana Mcintosh, Carlos Davis, University Hospital, General Revenue Corporation and National Enterprise Systems at their respective addresses indicated on the process service forms.

Plaintiff upon filing this Motion simultaneously submitted to the Court Clerk completed sets of Process Service Forms with the set of summonses, amended/supplemented complaint and copy of Motion to file the amend/supplemented complaint for service upon the eight additional defendants.

Plaintiff hereby pray for emergency action and order because the discovery phase has begun and running short otherwise, plaintiff may move for modification of the CSO as need arises.

1

## CONCLUSION

Based on the foregoing plaintiff now requests this court for an emergency renewed Order directing the US Marshals to serve the named additional defendants at the designated addresses.

Respectfully submitted,

Lay Pro Se Plaintiff

*(signature)*

Darlington Amadasu,
Plaintiff, lay Pro se

**CERTIFICATE OF SERVICE**
This is to certify that a true copy of the foregoing was served on Justin D Flamm and Ramiro Canales, by fax on 9/1/04

*(signature)*