**UNITED STATES DISTRICT COURT**
Southern District of Ohio
Western Division

DARLINGTON AMADASU,

    Plaintiff,

vs.

HEALTH ALLIANCE OF GREATER
CINCINNATI, INC., et al.,

    Defendants.

No. C-1-01-284
(Spiegel, J.; Sherman, M.J.)



## ORDER

This matter is before the Court upon Plaintiff's Motion to File Amended Complaint and Motion for Joinder of Additional Claims and Parties (doc. 22), to which Defendants have not responded.

Plaintiff's Motion To Amend his Complaint is not timely because he failed to file it prior to the June 16, 2002 deadline for "Amended Complaint and adding parties." (Doc. 20). Although Plaintiff alleges that his hospitalization prevented him from complying with this deadline, he has not stated why he was hospitalized or why he could not have sought leave to extend the deadline at some earlier time. As a result, the fact that Plaintiff was apparently ill or injured does not establish good cause for excusing his dilatory filing. In addition, the fact that Plaintiff is proceeding pro se does not excuse him



from complying with readily comprehensible deadlines such as this. <u>Jourdan v. Jabe</u>, 951 F.2d 108, 110 (6th Cir. 1991). Lastly, it is difficult to see any prejudice to Plaintiff as a result of denying his present Motions because his original Complaint (doc. 2) contains 174 paragraphs and twenty-five Counts against four Defendants individually and jointly.

Accordingly, Plaintiff's Motion to File Amended Complaint and Motion for Joinder of Additional Claims and Parties (doc. 22) are DENIED.

_____
Jack Sherman, Jr.
United States Magistrate Judge