UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU

    Plaintiff

-v-

JAMES R. DONOVAN, MD, JAMES E. LOCKEY, MD, ANDREW G. FREEMAN, MD, DEBRA ANN MIDDAUGH, MD, MURIEL POHL, RN, DORA JEFFERSON-GAYNOR, RALPH CHARLES BUNCHER, JUDY L. JARRELL, TRACY HERRMANN, ANDREW T. FILAK, MD, UNIVERSITY OF CINCINNATI; and CLAUDIA S. MILLER, MD, ROGER B. PERALES & UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO

    Defendants

Case No: C-1-01-210

Black/Dlott

## TO: THE CLERK OF THE COURT

### PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

Pursuant to FRCP 55(a) Plaintiff hereby submits this application for entry of a default against defendants identified in the above caption.

### MEMORANDUM

Plaintiff served the defendants his Amended/Supplemented Complaint with Joinder of Claims and Persons on August 30, 2004. The defendants have not answered and the time for them to answer has expired. Pursuant to FRCP 8(d) defendants are deemed to have admitted the allegations of the amended complaint and pursuant to FRCP 55(a) plaintiff requests an entry of default against the defendants.

### CONCLUSION

Based on the forgoing plaintiff requests entry of default against the defendants.

Respectfully submitted,

Darlington Amadasu,
Lay Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Justin D. Flamm by fax: 513-381-0205 and Ramiro Canales by fax: 512-320-0667 on 9/23/04