UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU

Plaintiff

-v-

Case No: C-1-01-210

Black/Dlott

JAMES R. DONOVAN, MD, JAMES E. LOCKEY, MD, ANDREW G. FREEMAN, MD, DEBRA ANN MIDDAUGH, MD, MURIEL POHL, RN, DORA JEFFERSON-GAYNOR, RALPH CHARLES BUNCHER, JUDY L. JARRELL, TRACY HERRMANN, ANDREW T. FILAK, MD, UNIVERSITY OF CINCINNATI; and CLAUDIA S. MILLER, MD, ROGER B. PERALES & UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO

Defendants

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**

I, Darlington Amadasu, depose and state that I have personal knowledge of the facts and circumstances in this action and competence to testify to them, which are true under the penalty of perjury.

1. I am the Lay Pro Se Plaintiff in this action.
2. I make this affidavit pursuant to FRCP 55(a) in support of my application for entry of a default against the defendants named in the above caption;
3. I served the defendants my Amended/Supplemented Complaint with Joinder of Claims and Persons on August 30, 2004.
4. The defendants have not answered and the time for them to answer has expired.
5. Pursuant to FRCP 8(d) defendants are deemed to have admitted the allegations of the amended complaint and pursuant to FRCP 55(a) plaintiff requests an entry of default against the defendants.

Sworn to and subscribed before me on 9/23/04

Affiant

State of Ohio
County of Hamilton

Sworn and subscribed before me this 23 day of Sept, 2004.

Notary

JONATHAN S. JORDAN
Notary Public, State of Ohio
My Commission Expires April 12, 2005