UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,               :
                                  :    Case No. 1:01-cv-210
        Plaintiff,                :
                                  :    Judge Dlott
v.                                :    Magistrate Judge Black
                                  :
JAMES R. DONOVAN, M.D., *et al.*, :    **NOTICE OF DEPOSITION OF**
                                  :    **PLAINTIFF ON OCTOBER 29, 2004**
        Defendants.               :


Please take notice that Defendants The University of Cincinnati, James R. Donovan,

Andrew G. Freeman, Debra Ann Middaugh, Muriel Pohl, Dora Jefferson-Gaynor, Ralph Charles

Buncher, Judy L. Jarrell, Tracy Herrman, James Lockey, and Andrew T. Filak (collectively "the

Ohio Defendants"), by counsel, will take the deposition of Plaintiff Darlington Amadasu on

Friday, October 29, 2004, commencing at 9:00 a.m., pursuant to Rules 26, 30 and 32 of the

Federal Rules of Civil Procedure.  Said deposition will take place at the offices of counsel for the

Ohio Defendants, Taft, Stettinius & Hollister LLP, at 425 Walnut Street, Suite 1800, Cincinnati,

Ohio 45202, and will continue from day to day until completed.  The deposition will be recorded

by stenographic means and may be videotaped.

Respectfully submitted,

James Petro, Attorney General


By:  /s/ Justin D. Flamm
      Gregory Parker Rogers (0042323)
      Justin D. Flamm (0071575)

OF COUNSEL:
Mitchell D. McCrate (0047403)
Associate General Counsel
University of Cincinnati
Office of the General Counsel
300 Administrative Building
Cincinnati, Ohio 45221-0623
(513) 556-3483

      Taft, Stettinius & Hollister, LLP
      425 Walnut Street, Suite 1800
      Cincinnati, Ohio 45202-3957
      (513) 381-2838
      (513) 381-0205 (fax)

      Attorneys for the Ohio Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system and served copies upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, via certified and regular United States mail, postage prepaid, and upon Ramiro Canales, counsel for Claudia Miller, Roger Perales, and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, TX 78711-2548 via facsimile and regular United States mail, postage prepaid, this 6th day of October, 2004.

James Petro, Attorney General

By:  /s/ Justin D. Flamm
      Gregory Parker Rogers (0042323)
      Justin D. Flamm (0071575)
      Taft, Stettinius & Hollister, LLP
      425 Walnut Street, Suite 1800
      Cincinnati, Ohio 45202-3957
      (513) 381-2838
      (513) 381-0205 (fax)

      Attorneys for the Ohio Defendants

{W0280696.1}