| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery 10/07/04 |
| 1. Article Addressed to:<br><br>Darlington Amadasu<br>P O Box 6263<br>Cincinnati, Ohio<br>45202 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>[CINCINNATI OH postmark OCT 07 2004]<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (Transfer from): 7001 2510 0008 6348 6861 | |

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540