UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. 1:01-cv-210 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | Magistrate Judge Black |
| v. | : | |
| | : | **NOTICE OF FILING ATTEMPTED** |
| JAMES R. DONOVAN, M.D., *et al.*, | : | **DEPOSITION OF PLAINTIFF** |
| | : | |
| Defendants. | : | |

The University of Cincinnati, James R. Donovan, Andrew G. Freeman, Debra Ann Middaugh, Muriel Pohl, Dora Jefferson-Gaynor, Ralph Charles Buncher, Judy L. Jarrell, Tracy Herrman, James Lockey, and Andrew T. Filak hereby give notice that they are filing the transcript of the attempted deposition of Plaintiff Darlington Amadasu from October 29, 2004 for use in this action.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By: /s/ Justin D. Flamm
　　　　　　　　　　　　　　　　　　　　Gregory Parker Rogers (0042323)
　　　　　　　　　　　　　　　　　　　　Justin D. Flamm (0071575)
　　　　　　　　　　　　　　　　　　　　Taft, Stettinius & Hollister, LLP
OF COUNSEL:　　　　　　　　　　　　　425 Walnut Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202-3957
Mitchell D. McCrate (0047403)　　　　　(513) 381-2838
Associate General Counsel　　　　　　　(513) 381-0205 (fax)
University of Cincinnati
Office of the General Counsel　　　　　　Special Counsel for the Attorney General of
300 Administrative Building　　　　　　Ohio
Cincinnati, Ohio 45221-0623
(513) 556-3483　　　　　　　　　　　　Trial Attorneys for the Ohio Defendants

{W0313792.1}

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system and served copies upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, and upon Ramiro Canales, counsel for Claudia Miller, Roger Perales, and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, TX 78711-2548, via regular United States mail, postage prepaid, this 16th day of November, 2004

By:  /s/ Justin D. Flamm
Gregory Parker Rogers (0042323)
Justin D. Flamm (0071575)
Taft, Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Special Counsel for the
Attorney General of Ohio

Trial Attorneys for the Ohio Defendants

{W0313792.1}