

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

DARLINGTON AMADASU : Case No. A0106671
: Judge Mark R. Schweikert
    Plaintiff, :

vs. :

UNITED DAIRY FARMERS : <u>ENTRY ORDERING DISMISSAL</u>

    Defendant. :

ENTERED JUL 1 8 2002  IMAGE 203

This matter came before the Court on the Motion to Dismiss of the Defendant pursuant to the provisions of Rule 37 of the Ohio Rules of Civil Procedure; subsequent thereto, the Court entered an Order on June 19, 2002, ordering that the Plaintiff appear for a deposition on July 16, 2002, beginning at 10:30 a.m. in the office of counsel for the Defendant; further disposition of Defendant's Motion for Sanctions was continued for determination in accordance with the Plaintiff's compliance with the Order of June 19, 2002;

As the Plaintiff failed to appear for the deposition on July 16, 2002, in violation of the Order of June 19, 2002, the Court hereby Dismisses the within action, with prejudice, at the cost of the Plaintiff.

_____
Judge Mark R. Schweikert

ENTER
JUL 1 8 2002
MARK R SCHWEIKERT

D51182130

COURT OF COMMON PLEAS
ENTER

HON. MARK R. SCHWEIKERT

THE CLERK SHALL SERVE NOTICE TO PARTIES PURSUANT TO CIVIL RULE 58 WHICH SHALL BE TAXED AS COSTS HEREIN.

313952.1

STATE OF OHIO, COUNTY OF HAMILTON
COURT OF COMMON PLEAS

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN THIS OFFICE ENTERED 7-18-02

WITNESS MY HAND AND SEAL OF SAID COURT THIS 11-16-04

GREGORY HARTMANN, CLERK OF COURTS
BY _____
              DEPUTY CLERK