# TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800

CINCINNATI, OHIO 45202-3957

513-381-2838

FAX: 513-381-0205

www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

JUSTIN D. FLAMM
(513) 357-9667
flamm@taftlaw.com

10 September 2004

**VIA CERTIFIED AND REGULAR**
**U.S. MAIL**

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

    Re:    <u>Amadasu v. Donovan et al.</u>

Dear Mr. Amadasu:

    Please provide dates in October and November 2004 when we may take your deposition. Thank you.

                                 Very truly yours,

                                 Justin D. Flamm

cc:    Ramiro Canales

W0235434.1

Darlington Amadasu
10 September 2004
Page 2

bcc:   Mitchell D. McCrate

W0235434.1

UNITED STATES POSTAL SERVICE

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CINCINNATI OH
SEP 13 2004
USPS - 45206

- Sender: Please print your name, address, and ZIP+4 in this box

SEP 15 2004
Justin D. Flamm
TAFT, STETTINIUS & HOLLISTER LLP
425 WALNUT ST., STE. 1800
CINCINNATI, OH 45202-3957

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here — QUEEN CITY STA. CINCINNATI SEP 10 2004 USPS

Sent To: Darlington Amadasu
Street, Apt. No.; or PO Box No.: P.O. Box 6263
City, State, ZIP+4: Cincinnati OH 45206

7004 0550 0001 3661 4728

PS Form 3800, June 2002          See Reverse for Instructions

