# TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800

CINCINNATI, OHIO 45202-3957

513-381-2838

FAX: 513-381-0205

www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

JUSTIN D. FLAMM
513-357-9667
flamm@taftlaw.com

28 September 2004

**CERTIFIED & REGULAR U.S. MAIL**

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

    Re:    <u>Amadasu v. Donovan, et al.</u>

Dear Mr. Amadasu:

    I wrote to you on 10 September 2004 requesting dates in October and November for your deposition. Over two weeks have passed since that correspondence, but you have made no response to it. Accordingly, I renew my request that you provide available dates in the coming weeks. If you do not respond with available dates by Monday, 4 October 2004, I will proceed to set a date and notice your deposition.

                        Very truly yours,

                        Justin D. Flamm

JDF:srs
cc:    Ramiro Canales

{W0271632.1}

Darlington Amadasu
28 September 2004
Page 2

bcc:    Mitchell D. McCrate

{W0271632.1}

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery 10/1/04<br>C. Signature   X [signature]   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>OCT 4 2004 |
| 1. Article Addressed to:<br>Darlington Amadasu<br>P. O. Box 6263<br>Cincinnati, OH 45206 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)  7004 0550 0001 3661 2554 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7004 0550 0001 3661 2554

JDF   Postage   $ .37
Certified Fee   2.30
Return Reciept Fee (Endorsement Required)   1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $ 4.42

Postmark Here — SEP 28 2004 CINCINNATI OHIO QUEEN CITY

Sent To: Darlington Amadasu
Street, Apt. No.; or PO Box No.: P. O. Box 6263
City, State, ZIP+4: Cincinnati, OH 45206

PS Form 3800, June 2002    See Reverse for Instructions

Case 1:01-cv-00210-SJD-TSB    Document 76-8    Filed 11/16/2004    Page 3 of 4

UNITED STATES POSTAL SERVICE

CINCINNATI OH 45
PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin D. Flamm
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)