# TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800
CINCINNATI, OHIO 45202-3957
513-381-2838
FAX: 513-381-0205
www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
21 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX: 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

JUSTIN D. FLAMM
513-357-9667
flamm@taftlaw.com

6 October 2004

**CERTIFIED & REGULAR U.S. MAIL**

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

Re:  Amadasu v. Donovan, et al.

Dear Mr. Amadasu:

I write in response to your letter of 4 October 2004, and additionally to address your continuing failure to comply with Rule 26 of the Federal Rules of Civil Procedure.

Your letter erroneously states that an entry of default has been entered in this case. As clearly set forth in our opposition to your frivolous motion for default judgment, your second amended complaint is before the Court not as such, but only as an attachment to your untimely motion for leave to amend. No answer is necessary unless and until the Court grants you leave to amend, which we have also opposed. Rule 15 of the Federal Rules of Civil Procedure very clearly sets forth the requirement that you obtain leave of court for an amendment, and nothing in Magistrate Judge Black's scheduling order nullifies that requirement. Nor did we consent.

In your letter, you also assert that we "have a duty and obligation to produce to plaintiff copies of documents" in our possession. This assertion is incorrect. Rule 26 of the Federal Rules of Civil Procedure explicitly provides that copies of the documents need not be produced with the initial disclosures. In compliance with the Rule, we have stated that documents which the Ohio Defendants may use to support their claims or defenses, other than solely for impeachment, are available for inspection at the offices of Taft, Stettinius & Hollister LLP at a mutually agreeable time.

Your initial disclosures, however, are not in compliance with the explicit requirements of Rule 26. As I have previously advised you in my letters of 23 July 2004 and 20 August 2004, you failed to include the required computation of your alleged damages, and you have also failed

{W0280677.1}

Darlington Amadasu
6 October 2004
Page 2

to make available for inspection and copying as under Rule 34 the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of you alleged injuries. I now reiterate -- yet again -- our request that you satisfy your requirements under Rule 26. If you are refusing to do so, please confirm that fact on or before 11 October 2004 so that we may seek the appropriate relief from the Court. Thank you.

    Finally, attached is the Ohio Defendants' Notice of Deposition, pursuant to Rule 30 of the Federal Rules of Civil Procedure. Because you did not respond to my informal request for dates, we have noticed your deposition for 9:00 a.m. on Friday, 29 October 2004 at our offices in downtown Cincinnati.

    I will see you on 29 October 2004.

Very truly yours,

Justin D. Flamm

JDF:srs
cc:    Ramiro Canales (via fax and U.S. mail)

{W0280677.1}

Darlington Amadasu
6 October 2004
Page 3

bcc:   Mitchell D. McCrate (enc)

{W0280677.1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | |
| | : | Case No. 1:01-cv-210 |
| Plaintiff, | : | |
| | : | Judge Dlott |
| v. | : | Magistrate Judge Black |
| | : | |
| JAMES R. DONOVAN, M.D., *et al.*, | : | **NOTICE OF DEPOSITION OF** |
| | : | **PLAINTIFF ON OCTOBER 29, 2004** |
| Defendants. | : | |

Please take notice that Defendants The University of Cincinnati, James R. Donovan, Andrew G. Freeman, Debra Ann Middaugh, Muriel Pohl, Dora Jefferson-Gaynor, Ralph Charles Buncher, Judy L. Jarrell, Tracy Herrman, James Lockey, and Andrew T. Filak (collectively "the Ohio Defendants"), by counsel, will take the deposition of Plaintiff Darlington Amadasu on Friday, October 29, 2004, commencing at 9:00 a.m., pursuant to Rules 26, 30 and 32 of the Federal Rules of Civil Procedure. Said deposition will take place at the offices of counsel for the Ohio Defendants, Taft, Stettinius & Hollister LLP, at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202, and will continue from day to day until completed. The deposition will be recorded by stenographic means and may be videotaped.

{W0280696.1}

                                        Respectfully submitted,

                                        James Petro, Attorney General

                                        By: /s/ Justin D. Flamm
                                               Gregory Parker Rogers (0042323)
                                               Justin D. Flamm (0071575)

OF COUNSEL:                           Taft, Stettinius & Hollister, LLP
Mitchell D. McCrate (0047403)      425 Walnut Street, Suite 1800
Associate General Counsel            Cincinnati, Ohio 45202-3957
University of Cincinnati               (513) 381-2838
Office of the General Counsel        (513) 381-0205 (fax)
300 Administrative Building
Cincinnati, Ohio 45221-0623        Attorneys for the Ohio Defendants
(513) 556-3483

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system and served copies upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, via certified and regular United States mail, postage prepaid, and upon Ramiro Canales, counsel for Claudia Miller, Roger Perales, and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, TX 78711-2548 via facsimile and regular United States mail, postage prepaid, this 6th day of October, 2004.

James Petro, Attorney General

By: /s/ Justin D. Flamm
    Gregory Parker Rogers (0042323)
    Justin D. Flamm (0071575)
    Taft, Stettinius & Hollister, LLP
    425 Walnut Street, Suite 1800
    Cincinnati, Ohio 45202-3957
    (513) 381-2838
    (513) 381-0205 (fax)

    Attorneys for the Ohio Defendants

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 10/7/04<br>C. Signature<br>X ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Darlington Amadasu<br>P. O. Box 6263<br>Cincinnati, OH  45206 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)  7004 0550 0001 3661 2561 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

JDF
Postage $ .60
Certified Fee 2.30
Return Reciept Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.65

Sent To Darlington Amadasu
Street, Apt. No.; or PO Box No. P. O. Box 6263
City, State, ZIP+4 Cincinnati, OH  45206

PS Form 3800, June 2002    See Reverse for Instructions

7004 0550 0001 3661 2561



Amadasu
UNITED STATES POSTAL SERVICE

OCT 11 2004

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CINCINNATI OCT 07 2004 USPS 45206

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin D. Flamm
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

08

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

PS Form 3800, June 2002 (Reverse)

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.**