IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv210-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| JAMES R. DONOVAN, M.D., et al, | : |
| Defendant(s) | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 6, 2004 Report and Recommendations (Doc. 70). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED that (1) plaintiff's motion for leave to amend the complaint is DENIED; (2) plaintiff's motion for service of process is DENIED AS MOOT; and (3) plaintiff's motion for entry of default is DENIED.

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge