IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,                :
                                   :
        Plaintiff(s)              :
                                   :   Case No. 1:01cv210-SJD
    v.                             :
                                   :   District Judge Susan J. Dlott
JAMES R. DONOVAN, M.D., et al,     :
                                   :
        Defendant(s)              :

**O R D E R**

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to the United States Magistrate Judge. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court a decision and order denying (1) motion to stay proceeding and toll the scheduling order, (2) motion to stay the taking of his deposition, and (3) motion for protective order (Doc. 74). Subsequently, the plaintiff filed objections to the Magistrate Judge's order (Doc. 77).

For nondispositive matters, a district judge shall set aside any portion of a magistrate judge's order found to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). "A finding is clearly erroneous where it is against the clear weight of the evidence or where the court is of the definite and firm conviction that a mistake has been made." Galbraith v. Northern Telecom, Inc., 944 F.2d 275, 281 (6th Cir. 1991).

The Court has reviewed the decision of the Magistrate Judge and considered all of the filings in this matter. Upon consideration of the foregoing, the Court hereby OVERRULES the objections of the plaintiff.

IT IS SO ORDERED.


   s/Susan J. Dlott
Susan J. Dlott
United States District Judge