UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 NOV 29 PM 4:31

DARLINGTON AMADASU
Plaintiff

-v-

JAMES R. DONOVAN, MD, et al
Defendants

Case No: C - 1- 01 - 210

Black/Dlott

**PLAINTIFF'S SECOND NOTICE OF SUGGESTED DATES FOR DEFENDANTS' DEPOSITION OF PLAINTIFF**

**Plaintiff's Deposition By Defendants:**

**Please Take Notice** That plaintiff will be available for defendants to depose him on any of these dates convenient to you: **December 1, or 2, or 3, or 6, or 7, 2004** at Mr Flamm's office at 9:00 a.m. Please you must confirm one of these dates for deposition by phone and followed by your written confirmation.

**Please Take Notice** That your failure to avail yourselves of these dates would be deemed your forfeiture and waiver of your deposition of plaintiff

Darlington Amadasu, Plaintiff

**CERTIFICATE OF SERVICE**

I certify that copy of the foregoing was served on Justin D Flamm by delivery to receptionist and on Ramiro Canales by fax on 11/29/04