UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 NOV 29 PM 4:32

DARLINGTON AMADASU
Plaintiff

Case No: C-1-01-210

Black/Dlott

-v-

**PLAINTIFF'S SECOND NOTICE OF ATTEMPT TO INSPECT & OBTAIN DEFENDANTS' DOCUMENTS**

JAMES R. DONOVAN, MD, et al
Defendants

**Plaintiff's Inspection and Obtaining Documents:**

Please take notice that plaintiff, Darlington Amadasu, will inspect and obtain copies of the below documents from both Ohio and Texas defendants at the offices of Mr. Flamm, Taft, Stettinius & Hollister LLP, at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202 on **Tuesday, November 30, 2004 at 11:00 am**:

1. Every, any, and all categories of documents, i.e., (i) to (viii) documents, in the office, possession, custody, or control of Ohio defendants' counsel, Mr Justin D. Flamm, and which Ohio defendants described, under Rule 26(a)(1)(B), in the Ohio Defendants' Supplemental Rule 26(a)(1) Disclosures

2. Every, any, and all categories of documents in the office, possession, custody, or control of Ohio defendants' counsel, Mr Justin D. Flamm, and which Ohio defendants described, under Rule 26(a)(1)(D), in the Ohio Defendants' Supplemental Rule 26(a)(1) Disclosures

3. Every, any, and all categories of documents in the possession, custody, or control of Texas defendants' counsel, Mr Ramiro Canales, and which Texas defendants described, under Rule 26(a)(1)(B) in the Texas Defendants' Rule 26(a)(1) Initial Disclosures

Please take notice that: (a) The Ohio defendants shall identify each document specifically and separately in alphabetical order, that is, **Ohio Dft. "A"...."Z"**, (b) The Texas defendants shall identify each document specifically and separately in alphabetical order, that is, **Texas Dft. "A"...."Z"**.

.................
Darlington Amadasu, Plaintiff

**CERTIFICATE OF SERVICE**
I certify that copy of the foregoing was served on Justin D Flamm by delivery to receptionist and on Ramiro Canales by fax on 11/29/04