UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU | Case No: **C - 1- 01 - 210** |
| Plaintiff | Judge: Dlott |
| | Magistrate: Black |
| -V- | |
| JAMES R. DONOVAN, MD, et al | PLAINTIFF'S MOTION FOR |
| Defendants | ENLARGEMENT OF TIME TO RESPOND TO |
| | OHIO DEFENDANTS' MOTION TO DISMISS |

Darlington Amadasu, plaintiff pro se moves this Court to grant enlargement of time to respond to Ohio defendants motion for dismissal or other sanctions not later than December 31, 2004. Plaintiff needs enlarged time to enable him research the complex legal issues proffered by the defendants and provide adequate objective response. Also in this case plaintiff is fully engaging in propounding Rules 33, 34 and 36 discovery requests on several defendants and the discovery cutoff date is at the corner thus plaintiff's hands and time are fully preoccupied requiring extension of time.

Rule 6(b) of Federal Rules of Civil procedure provides for enlargement of time

Respectfully submitted,

Darlington Amadasu
Plaintiff Pro se

**CERTIFICATE OF SERVICE**
I hereby certify that true copy of the foregoing were served on Justin D. Flamm by fax 513-381-0205 and on Ramiro Canales by fax 512-320-0667 on 12/01/04