UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

    Plaintiff,                           Case No. 1:01-cv-210

                                          Dlott, J.

vs.                                        Black, M.J.

JAMES R. DONOVAN, M.D *et al.,*

    Defendants.

## ORDER

This matter is before the Court on plaintiff's request for an extension of time in which to respond to defendants' motion to dismiss. (Doc. 83). Defendants have filed a memorandum in opposition to plaintiff's motion. (Doc. 84).

In the interests of justice, plaintiff's motion is **GRANTED, in part, and DENIED, in part**, and plaintiff shall file his response in opposition to defendants' motion to dismiss (doc. 76) no later than **December 20, 2004.**[1]

*DATE:  December 7, 2004*                    _s/ Timothy S. Black_____
                                           Timothy S. Black
                                           United States Magistrate Judge

---

[1] The Court is aware of defendants' request to conduct an informal discovery dispute conference pursuant to Local Rule 37.1; however, such conferences arise out of mutual requests, and, accordingly, the Court simply awaits completion of briefing of the motion to dismiss.