# TAFT, STETTINIUS & HOLLISTER LLP

425 WALNUT STREET, SUITE 1800

CINCINNATI, OHIO 45202-3957

513-381-2838
FAX: 513-381-0205
www.taftlaw.com

COLUMBUS, OHIO OFFICE
TWELFTH FLOOR
65 EAST STATE STREET
COLUMBUS, OHIO 43215-4221
614-221-2838
FAX 614-221-2007

NORTHERN KENTUCKY OFFICE
SUITE 340
1717 DIXIE HIGHWAY
COVINGTON, KENTUCKY 41011-4704
859-331-2838
513-381-2838
FAX: 513-381-6613

CLEVELAND, OHIO OFFICE
3500 BP TOWER
200 PUBLIC SQUARE
CLEVELAND, OHIO 44114-2302
216-241-2838
FAX: 216-241-3707

DAYTON, OHIO OFFICE
SUITE 900
110 NORTH MAIN STREET
DAYTON, OHIO 45402-1786
937-228-2838
FAX: 937-228-2816

Justin D. Flamm
(513) 357-9667
flamm@taftlaw.com

1 December 2004

**CERTIFIED & REGULAR U.S. MAIL**

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

    Re:    Amadasu v. Donovan, et al.

Dear Mr. Amadasu:

    I write regarding your deposition, which had previously been properly noticed for 29 October 2004 even though you failed to appear at this time. Our motion to dismiss on that basis is currently pending. Nonetheless, while we await the Court's decision on that motion, we need to move forward with discovery. However, none of the small handful of dates that you proposed on 24 November 2004 -- all of which were in the two-week period immediately following that proposal -- will work for the Ohio Defendants and/or their counsel. Additionally, it is my understanding that counsel for the Texas Defendants, who obviously will be participating in the deposition as well, has a trial setting next week that conflicts with the few dates you proposed.

    On a related note, there is no merit to your statement that our failure to depose you on one of the five dates that you have proposed would amount to a "forfeiture and waiver" of our right to depose you. First of all, your assertion is contrary to Rule 30 of the Federal Rules of Civil Procedure. Second, as I have advised you above, the five dates that you have proposed -- on very short notice -- will not work with our schedules. Additionally, having intentionally failed to appear for your properly noticed deposition on 29 October 2004, we do not believe that you are in any position to attempt to limit your availability in such a drastic fashion.

    The Ohio Defendants are available to take your deposition on any day during the week of 13 December 2004; thus any day from the 13th through the 17th of December is what we are

EX 1

Derlington Amadasu
December 2004
Page 2

now proposing. Please let me know immediately which of these dates is best for you.

Very truly yours,

Justin D. Flamm

JDF:srs
cc:    Ramiro Canales (via telecopy)

{W0225654.1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU
    Plaintiff

Case No: C - 1 - 01 - 210

Black/Dlott

-v-

PLAINTIFF'S NOTICE OF AGREED 12/13/04
FOR DEFENDANTS' DEPOSITION OF
PLAINTIFF

JAMES R. DONOVAN, MD, et al
    Defendants

**Plaintiff's Deposition By Defendants:**

Please Take Notice That plaintiff will be available for defendants to depose him on **DECEMBER 13, 2004** at 9:00 a.m. at Mr Flamm's office.

Plaintiff had by two consecutive notices served and filed suggested any of these dates, December 1, or 2, or 3, or 6, or 7, 2004 at Mr Flamm's office at 9:00 a.m. convenient to defendants to depose plaintiff. Ohio defendants, by their December 01, 2004 letter rejected plaintiff's suggested dates but in lieu of plaintiff's suggested dates, Ohio defendants affirmed that they would depose plaintiff on any day from 12/13 to 12/17, 2004. Accordingly, defendants set 12/13/04 for deposition of plaintiff.

                                              _/s/_____
                                              Darlington Amadasu, Plaintiff

**CERTIFICATE OF SERVICE**
I certify that copy of the foregoing was served on Justin D Flamm
by delivery to receptionist and on Ramiro Canales by fax on 12/06/04

Ex-2