UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 DEC -6 PM 3:09

DARLINGTON AMADASU
    Plaintiff

-v-

JAMES R. DONOVAN, MD, et al
    Defendants

Case No: C - 1 - 01 - 210

Black/Dlott

**PLAINTIFF'S NOTICE OF AGREED 12/13/04 FOR DEFENDANTS' DEPOSITION OF PLAINTIFF**

**Plaintiff's Deposition By Defendants:**

**Please Take Notice** That plaintiff will be available for defendants to depose him on **DECEMBER 13, 2004** at 9:00 a.m. at Mr Flamm's office.

Plaintiff had by two consecutive notices served and filed suggested any of these dates, December 1, or 2, or 3, or 6, or 7, 2004 at Mr Flamm's office at 9:00 a.m. convenient to defendants to depose plaintiff. Ohio defendants, by their December 01, 2004 letter rejected plaintiff's suggested dates but in lieu of plaintiff's suggested dates, Ohio defendants affirmed that they would depose plaintiff on any day from 12/13 to 12/17, 2004. Accordingly, defendants set 12/13/04 for deposition of plaintiff.

                                                  _____
                                                Darlington Amadasu, Plaintiff

**CERTIFICATE OF SERVICE**
I certify that copy of the foregoing was served on Justin D Flamm by delivery to receptionist and on Ramiro Canales by fax on 12/06/04