United States District Court
Southern District of Ohio

---

Potter Stewart Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

James Bonini
Clerk of Court

Telephone: 513.564.7500
Facsimile: 513.564.7505

**RE: FEDERAL HOLIDAY ON FRIDAY, DECEMBER 31, 2004**

To Whom It May Concern:

Please be advised that the Clerk's Office, U.S. District Court was closed for business to the public on the above date due to the fact that it was a Federal Holiday.

Attached please find a listing of all federal holidays for the end of 2004 and for the entire year of 2005. All federal offices including the federal court are closed on these days.

Respectfully,

*Karen F. Jones*
Karen F. Jones
Division Manager



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

QUICKLINKS

OHSD Intranet Site    Home  Site Map

- Human Resources
- Fas4t
- CM/ECF
- Operations
- Finance
- Systems
- Local Rules
- Training/Software
- Death Penalty
- Links

## Federal Holidays for 2004

| | |
|---|---|
| Christmas Day (*) | Friday, Dec. 24 |
| New Year's Day (**) | Friday, Dec. 31 |

## Federal Holidays for 2005

| | |
|---|---|
| Martin Luther King, Jr.'s Birthday | Monday, Jan 17 |
| President's Day | Monday, Feb. 21 |
| Memorial Day | Monday, May 30 |
| Independence Day | Monday, July 4 |
| Labor Day | Monday, Sept. 5 |
| Columbus Day | Monday, Oct. 10 |
| Veteran's Day | Friday, Nov. 11 |
| Thanksgiving Day | Thursday, Nov. 24 |
| Christmas Day (***) | Monday, Dec. 26 |
| New Year's Day (****) | Monday, Jan. 2, 2006 |

\* Due to the Christmas Holiday falling on Saturday, OPM has designated that the holiday be observed by federal employees on December 24, 2004.

\*\* Due to the 2005 New Year's Day Holiday falling on a Saturday, OPM has designated that the holiday be observed by federal employees on December 31, 2004.

\*\*\* Due to the Christmas Holiday falling on Sunday, OPM has designated that the holiday be observed by federal employees on December 26, 2005.

\*\*\*\* Due to the 2006 New Year's Day Holiday falling on a Sunday, OPM has designated that the holiday be observed by federal employees on January 2, 2006.

HUMAN RESOURCES | FAS4T | CM/ECF | OPERATIONS | FINANCE | SYSTEMS
LOCAL RULES | TRAINING/SOFTWARE | DEATH PENALTY | LINKS