IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JAN 26 PM 12: 16

| | |
|---|---|
| DARLINGTON AMADASU, § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 1:01-cv-210 |
| § | (Dlott, J.; Black, (M.J.) |
| JAMES R. DONOVAN, M.D. *et al.,* § | |
| *Defendants.* § | |

## PRO HAC VICE APPLICATION

I, John M. Grey, hereby petition this Court for leave to appear on behalf of Claudia S. Miller, Roger Perales, and University of Texas Health Science Center at San Antonio. In support of this petition I hereby state:

My office address is            Office of the Texas Attorney General
                                General Litigation Division
                                300 West 15th Street, 11th Floor
                                Austin, Texas 78701

That I was admitted to practice before:

the State Bar of ___Texas___ on _November 3, 1999_.

and am currently in good standing and eligible to practice in the said Court;

That I am not currently suspended or disbarred by any other Court;

I declare under penalty of perjury that the foregoing is true and correct.

John M. Grey
Assistant Attorney General
Texas Bar No. 24012735
General Litigation Division
300 W. 15th Street, 11th Floor
Austin, Texas 78701
(512) 463-2120
(512) 320-0667 FAX