```
Wed Jan 26 12:12:21 2005

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 425485
Cashier        mc1

Tender Type  CHECK

Check Number: 3696

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /   1

DO Code    Div No     Acct
 4661        1       6855XX

Amount          $    50.00

ATTY GENERALS COURT COST FUND FOR JOHN G
REY

PRO HAC VICE 1:02CV210



Wed Jan 26 12:12:21 2005

Check No. 3696
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```