IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JAN 26 PM 12: 16

| | | |
|---|---|---|
| DARLINGTON AMADASU, *Plaintiff,* | § § § | |
| v. | § § | Case No. 1:02-cv-210 (Dlott, J.; Black, (M.J.) |
| JAMES R. DONOVAN, M.D. *et al.,* *Defendants.* | § § § | |

### TEXAS DEFENDANTS' NOTICE SUBSTITUTION OF COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME the Defendants, University of Texas Health Science Center at San Antonio ("HSC"), Claudia S. Miller, and Roger Perales (collectively "Texas Defendants"), files this Notice of Substitution of Counsel and Designation of Attorney-in-Charge. In support thereof, Defendants would respectfully show the Court as follows:

**I.**

Counsel and attorney-in-charge on behalf of Defendant in this matter was Ramiro Canales, Assistant Attorney General. Mr. Canales is no longer employed with this agency. Therefore, it is necessary to substitute counsel for Defendant. The lead counsel and attorney-in-charge in this matter is **John M. Grey**, Assistant Attorney General, General Litigation Division. The new attorney-in-charge is familiar with the file and will comply with all scheduling orders. Undersigned hereby puts all parties and the Court on notice of the change as to the Attorney-in-Charge on this case and requests that all future documents on this case be referred to Mr. Grey at the address shown below.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General of Litigation

JEFF L. ROSE
Chief, General Litigation Division

_____
JOHN M. GREY
Texas Bar No. 24012735
Assistant Attorney General
General Litigation Division
300 W. 15th Street, 11th Floor
Austin, Texas 78701
(512) 463-2120
(512) 320-0667 FAX
***ATTORNEYS FOR TEXAS DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent *via U.S. Certified Mail, Return Receipt Requested*, on this the **21st** day of January, 2005, to:

Mr. Darlington Amadasu
*Pro Se* Plaintiff
P O Box 6263
Cincinnati, Ohio  45206

*and via Regular Mail to*:

Mr. Justin Flamm
Taft, Stettinius & Hollister
425 Walnut
Cincinnati, Ohio  45202

_____
JOHN M. GREY
Assistant Attorney General