IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

    vs.                          Case Number: 1:01cv210-SJD

JAMES R. DONOVAN, M.D., et al,

ORDER

    This matter is before the Court upon defendants' Motion for Admission of attorney John M. Grey (Doc. 93).

    IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney John M. Grey is hereby admitted to practice pro hac vice as co-counsel.

    This order is conditioned upon the applicants registration and participation in the court's electronic filing system. <u>See</u>: www.ohsd.uscourts.gov.

    IT IS SO ORDERED.

                                <u>   s/Susan J. Dlott           </u>
                                  Susan J. Dlott
                                  United States District Judge