UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU | Case No: C - 1- 01 - 210 |
| Plaintiff | Black/Dlott |
| -V- | PLAINTIFF'S NOTICE OF SEEKING A CONFERENCE ON DISCOVERY DISPUTES WITH MAGISTRATE JUDGE |
| JAMES R. DONOVAN, MD, et al Defendants | |

Darlington Amadasu, plaintiff pro se hereby seeks all parties' conference with the Magistrate Judge to resolve discovery disputes **on a date after March 15, 2005** to be set by the court..

## MEMORANDUM

Plaintiff has exhausted good faith extrajudicial means to resolve the defendants' failures to provide responses to his discovery requests. In lieu of filing a motion under Rules 26 to 37 of FRCP for relief, plaintiff hereby seeks a conference to resolve the discovery disputes in compliance with this Court's Case Scheduling Order dated June 21, 2004.

Respectfully submitted,

Darlington Amadasu
Plaintiff Pro se

**CERTIFICATE OF SERVICE**
I hereby certify that true copies of the foregoing were served on Justin D. Flamm at his address on record by regular mail and on Ramiro Canales by fax 512-320-0667 on 02/15/05