UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. No. C-1-01-210 |
| | : | Judge Dlott |
| Plaintiff, | : | Magistrate Judge Black |
| v. | : | |
| JAMES R. DONOVAN, M.D., et al., | : | |
| Defendants. | : | |

### DECLARATION OF TRACY HERRMANN

Tracy Herrmann declares as follows:

1. I am the Chairperson of the Department of Allied Health at the University of Cincinnati's Raymond Walters College ("RWC") and was a member of the faculty selection committee during the period Darlington Amadasu applied for the Adjunct Faculty in Health Promotions position at RWC in July 2000. I am competent to testify as to the points in this Declaration and do so from my own personal knowledge.

2. In approximately June 2000 RWC placed an advertisement for an Adjunct Faculty in Health Promotions position in the *Cincinnati Enquirer* and the *Cincinnati Herald*, which is attached as Exhibit A to my declaration.

3. The position required, at minimum, successful teach experience and a Master's degree in a health related field, with a degree in health education preferred.

4. Amadasu did not possess the preferred qualifications and he lacked significant teaching experience; thus, he was not hired. The individual who was hired had a degree in health

{W0407329.1}

education and promotion, was teaching a health promotions course at UC's College of Education, and was a health promotions coordinator for an area business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2005.

Tracy Herrmann

{W0407329.1}

# UNIVERSITY OF CINCINNATI
## ADJUNCT INSTRUCTORS

(20UC6052) The University of Cincinnati, Raymond Walters College located in Blue Ash, invites applications for part-time adjunct instructors in the disciplines listed below for the 2000-2001 academic year. All positions require proficiency in English and excellent communication skills.

**Allied Health - Health Promotions:** Introductory course in Community Health. Min. Quals.: successful teaching experience and Master's degree in a health related field, degree in Health education preferred.

**Art & Visual Communication:** Studio drawing and painting, basic design, introductory computer graphics using Adobe Illustrator and/or Photo-shop (Macintosh only). Requires MFA, prior teaching experience, and relevant professional experience.

**Behavioral Sciences:** Schooling and Teaching in America, Personal health, Foundation of Early Childhood Education, Social Inequalities and Schooling. Additional courses requiring current licensing in early childhood education: Foundations in Early Intervention, Inclusive Environments in Early Childhood Education, and Families in Early Childhood. Also, survey courses in Sociology +/or Psychology. Candidates are required to have a minimum of a master's degree in Early Childhood Education, Sociology, Psychology, and/or appropriate field, plus at least two yrs. prior college teaching experience.

**Business Administration:** Accounting, economics, finance, management, marketing, computer applications in business, law, real estate, industrial purchasing, production and inventory management, total quality management, public relations, investments, insurance, money and banking, financial planning, international business, human resource management, exporting, importing. Qualifications: Law requires JD, all others require an MBA (with CPA for accounting) and relevant professional experience. Prefer successful record of prior teaching experience.

**Chemical Sciences:** Entry-level chemistry lecture and lab. Requires master's degree in appropriate field and prior college teaching experience, - prefer PhD.

**Electronic Media Technology:** Introductory courses in media research methods, media scriptwriting, media review writing and multitrack audio production. Advanced courses in digital audio production, digital photography (Photoshop), multimedia development and CD-ROM production (Director), computer animation, and web page design. Also seeking professionals to teach advanced seminars on media production course offerings. Prefer a master's degree in appropriate field and relevant professional and teaching experience; for some specialized technical courses a bachelor's degree will be considered. Send a letter of application, clearly stating discipline area listed above for which you wish to candidate, and resume or CV or Professor H. Michael Sanders, media Services Center, 9555 Plainfield Rd., Cincinnati, OH 45236-1096.

**English:** English Composition, developmental English, speech/communications, reading, and study skills. Requires master's degree in appropriate field and prior college teaching experience.

**Foreign Language:** French, German, and Spanish. Min. Quals.: Master's in appropriate field and teaching experience required. Japanese - min. quals.: Bachelor's and prior teaching experience.

**Mathematics, Physics, and Computer Science:** Developmental and pre-calculus mathematics courses; introductory physics; introductory computer science, Internet, visual basic programming, troubleshooting, networking, data communication, and other computer technology courses. Requires teaching experience and master's degree in appropriate field. For math courses, knowledge of issues in math education and technology preferred. For specialized technical and computer science courses, a bachelor's degree will be considered.

**Medical Assisting Services:** Medical terminology, coding and clinical coding with emergency, examination room, family practice assisting, and medical lab procedures; day and evening. Min. Quals.: Bachelor's degree in allied health field or other appropriate field; formal training and work experience as a medical assistant; and excellent teaching skills. Certified Medical Assistant (CMA) credential preferred. Send resume or CV to: Victoria A. Hammer, Chairperson, Office Information Technology Department, 9555 Plainfield Rd., Cincinnati, OH 45236.

**Office Information Technology:** Microcomputer literacy and software applications, web page, medical coding, medical and legal transcription, other medical and office technology and traditional business education courses; day and evening. Bachelor's degree in Business Education or appropriate field and excellent teaching skills. Prefer master's degree.

**Radiation Therapy:** Teach clinical practicum courses and simulation labs. Must be a registered radiation therapist. Send letter of application and resume to: Carolyn Hollen, 234 Toodman Ave., Mail Location 757, Cincinnati, OH 45219.

For any of the above positions, except for Electronic Media Technology, Radiation Therapy, and Medical Assisting Services, send resume or CV with references and cover letter indicating areas of interest to the Chair of the appropriate department listed above, University of Cincinnati, Raymond Walters College, 9555 Plainfield Rd., Cincinnati, OH 45236-1096. Applications will be accepted throughout the academic year.

The University of Cincinnati is an affirmative action/equal opportunity employer. Women, minorities, disabled persons, Vietnam-era and disabled veterans are encouraged to apply. UC is a smoke-free environment.



EXHIBIT A