UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,
*Plaintiff,*

Case No. 1:01-cv-210

v.

Judge Dlott
Magistrate Judge Black
PLAINTIFF'S ANSWER TO
TEXAS DEFENDANTS' FIRST
REQUEST FOR ADMISSION

JAMES R. DONOVAN, M.D. *et al.,*
*Defendants.*

PLAINTIFF'S ANSWER TO

**DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION
TO THE PLAINTIFF**

FROM:   Mr. Darlington Amadasu, Plaintiff Pro Se, P.O. Box 6263, Cincinnati, OH 45206.

TO:            Texas Defendants Claudia Miller, Roger Perales, and The University of Texas - San Antonio Health Science Center ("UTHSCSA") and respectfully answers their First Set of Requests for Admission to Plaintiff Darlington Amadasu pursuant to Federal Rules of Civil Procedure 26 and 34.

**REQUEST FOR ADMISSION NO. 1:**

Admit that you submitted an application for participation in the STEER program in Laredo Texas.

ANSWER: Objection for vagueness of the word 'Participation' Denied Plaintiff states that he submitted application for training in STEER program at Laredo, Texas for guaranteed four (4) weeks.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you did not submit an application for employment with UTHSCSA.

*Defendants' First Set of Requests*
*for Admissions Plaintiff Amadasu*
*December 10, 2004*
*Page 1 of 4*


EXHIBIT 1

**ANSWER:**     Plaintiff has no knowledge or information sufficint to admit or deny the request.

### REQUEST FOR ADMISSION NO. 8:

Admit that you were not an employee of UTHSCSA.

**ANSWER:**
      Plaintiff admits but states that he was a physician trainee of UTHSCSA.

### REQUEST FOR ADMISSION NO. 9:

Admit that you were not an employee of Claudia Miller.

**ANSWER:**
      Plaintiff admits but states that he was a physician trainee of Claudia Miller

### REQUEST FOR ADMISSION NO. 10:

Admit that you were not an employee of Roger Perales.

**ANSWER:**
      Plaintiff admits

### REQUEST FOR ADMISSION NO. 11:

Admit that you have never been enrolled as a student at UTHSCSA.

**ANSWER:**
      Plaintiff admits but states that he was enrolled as a medical resident/physician trainee at UTHSCSA

### REQUEST FOR ADMISSION NO. 12:

Admit that you were discharged from the Steer Program for improper conduct.

**ANSWER:**     Plaintiff absolutely denies this request but states that he was defamed and discharged from STEER for discrimination/retaliation and other impermissible reasons.