UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 APR 18 PM 4:21

DARLINGTON AMADASU

    Plaintiff

-V-

JAMES R. DONOVAN, MD, et al
    Defendants

Case No: C-1-01-210

Black/Dlott

PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANT'S RULE 56 MOTIONS

---

    The Time to respond has not expired. Darlington Amadasu, plaintiff pro se moves this Court for Order granting extension of time to respond to defendants' two separate independent motions for summary judgment up till 05/30/05. Plaintiff's major depressive illness has decompensated recently warranting new medications, which will take a minimum of six (6) weeks to provide controlling effects thus plaintiff is medically unable to respond before the deadline and unable to handle the complexity of the legal and factual issues raised by the defendants warranting enlargement of time to enable plaintiff conduct research and objectively respond.

    A copy of plaintiff's doctor is attached as Ex.1.

## MEMORANDUM

    Rule 6(b) of Federal Rules of Civil procedure provides for enlargement of time

Respectfully submitted,

*/s/ Darlington Amadasu*
Darlington Amadasu
Plaintiff Pro se

**CERTIFICATE OF SERVICE**
I hereby certify that true copies of the foregoing were served on
Justin D. Flamm by fax 513-381-0205 and
on John M. Grey by fax 512-320-0667 on 04/18/05