

# INTERVENTIONS THERAPY
# CENTERS OF AMERICA

April 18, 2005

To Whom It May Concern:

Mr. Darlington Amadasu is currently under my care and treatment. He is being treated for Major Depression. His psychiatric condition is not permitting him to focus and concentrate on his upcoming deposition. I recommend that he be excused for some time from this obligation until he recovers from his psychiatric symptoms. For any further questions, feel free to contact me at 475-0700.

Sincerely,

Irfan Dahar, M.D.

3120 Burnet Avenue • Suite 403 • Cincinnati, Ohio 45229
4030 Mt. Carmel Tobasco Road • Suite 209 • Cincinnati, Ohio 45255
270 Northland Boulevard • Suite 204 • Cincinnati, Ohio 45246
Phone (513) 475-0070 • Toll Free (866) 540-2896 • Fax (513) 475-9555