UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. C-1-01-210 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| v. | : | Magistrate Judge Black |
| | : | |
| JAMES R. DONOVAN, M.D., et al. | : | |
| | : | **MEMORANDUM OF THE OHIO** |
| Defendants. | : | **DEFENDANTS IN RESPONSE TO** |
| | : | **PLAINTIFF'S MOTION FOR** |
| | : | **EXTENSION TO OPPOSE** |
| | : | **SUMMARY JUDGMENT** |

Plaintiff Darlington Amadasu ("Amadasu") has requested that the Court grant him a lengthy extension to respond to the Ohio Defendants' Motion for Summary Judgment (as well as the Texas Defendants' Motion, which is not subject to this memorandum). Trial in this case is set for just three months from now, in July 2005. (Doc. 61) With the addition of the Ohio Defendants' 11-day period under the Local Rules to file their reply brief, extending Amadasu's opposition date to the requested date of May 30, 2005 would prevent the summary judgment motion from becoming ripe until mid-June 2005. If the Magistrate Judge prepares a Report and Recommendation on the motion, additional time would be necessary because of the 10-day objections period, as well as the time needed for consideration by the District Judge.

     Should the Court nonetheless grant an extension of time to Amadasu, the Ohio Defendants respectfully request that the trial setting and other relevant dates in the case should be adjusted accordingly.

Respectfully submitted,

By: /s/ Justin D. Flamm
Gregory Parker Rogers (0042323)
Justin D. Flamm (0071575)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Special Counsel for the Attorney
General of Ohio

Trial Attorneys for the Ohio Defendants

OF COUNSEL:

Mitchell D. McCrate (0047403)
Associate General Counsel
University of Cincinnati
Office of the General Counsel
300 Administrative Building
Cincinnati, Ohio 45221-0623
(513) 556-3483

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served copies of the foregoing upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, and upon John Grey, counsel for Claudia Miller, John Grey and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548, via regular United States mail, postage prepaid, this 21st day of April, 2005.

                              By: /s/ Justin D. Flamm
                                  Gregory Parker Rogers (0042323)
                                  Justin D. Flamm (0071575)
                                  Taft, Stettinius & Hollister LLP
                                  425 Walnut Street, Suite 1800
                                  Cincinnati, Ohio 45202-3957
                                  (513) 381-2838
                                  (513) 381-0205 (fax)

                                  Special Counsel for the
                                  Attorney General of Ohio

                                  Trial Attorneys for the Ohio Defendants