UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

     Plaintiff,                                   Case No. 1:01-cv-210

vs.                                            Dlott, J.
                                                   Black, M.J.

JAMES R. DONOVAN, M.D *et al.,*

     Defendants.

## ORDER

This matter is before the Court on plaintiff's request for an extension of time in which to respond to defendants' motions for summary judgment. (Doc. 100). Defendants have filed a memorandum in opposition to plaintiff's motion. (Doc. 101).

In the interests of justice, plaintiff's motion is **GRANTED,** and plaintiff shall file his response in opposition to defendants' motion for summary judgment (docs. 97, 98) no later than **May 30, 2005.**[1]


*DATE: April 22, 2005*                            s/ Timothy S. Black
                                               Timothy S. Black
                                               United States Magistrate Judge

---

[1] The June 2005 Final Pretrial Conference and the July 2005 Trial dates may be continued, if necessary, after the resolution of the pending motions for summary judgment.