IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv210-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JAMES R. DONOVAN, M.D., et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on April 18, 2005(Doc. 99), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 5, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED THAT Defendants' motion to dismiss (doc. 76) is hereby DENIED and Plaintiff's motion to strike (doc. 90) is hereby DENIED.

IT IS SO ORDERED.

                                                                                   s/Susan J. Dlott
                                                                                   Susan J. Dlott
                                                                                   United States District Judge