UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 JUN -1  PM 3:29

**DARLINGTON AMADASU**
Plaintiff

-V-

**JAMES R. DONOVAN, MD, et al**
Defendants

Case No: C - 1- 01 - 210
Black/Dlott
NOTICE OF FILING
1ST & 2ND AMADASU'S DEPOSITIONS BY DEFENDANTS
DEFENDANTS' ANSWERS TO INTERROGATORIES and
ADMISSIONS REQUESTS IN SUPPORT OF
PLAINTIFF'S COMBINED CROSS-MOTION
FOR SUMMARY JUDGMENT & OPPOSITIONS TO
ALL DEFENDANTS' MOTIONS FOR SUMMARY
JUDGMENT;

**PLEASE TAKE NOTICE** that Plaintiff has filed 1st and 2nd Depositions of Amadasu by defendants, defendants' Answers to Plaintiff's Admissions Requests and Defendants' Answers to Plaintiff's Interrogatories in support of plaintiff's Cross-motion for Summary Judgment

Each compilation of Defendants' Answers to Plaintiff's Admissions Requests and Plaintiff's Interrogatories are separately arranged in the following order

1. Evasive/ambiguous/none Responses of James R. Donovan
2. Evasive/ambiguous/none Responses of University of Cincinnati (UC)
3. Evasive/ambiguous/none Responses of Andrew T. Filak
4. Evasive/ambiguous/none Responses of James E. Lockey
5. Evasive/ambiguous/none Responses of Andrew G. Freeman
6. Evasive/ambiguous/none Responses of Debra A. Middaugh
7. Evasive/ambiguous/none Responses of Judy L. Jarrell
8. Evasive/ambiguous/none Responses of Ralph C. Buncher
9. Evasive/ambiguous/none Responses of Muriel Pohl without
10. Evasive/ambiguous/none Responses of Dora Jefferson-Gaynor
11. Evasive/ambiguous/none Responses of Tracy Herrmann
12. Evasive/ambiguous/none Responses of University of Texas Health Science Center At San Antonio, Texas. (UTHSCSA)
13. Evasive/ambiguous/none Responses of Roger B. Perales
14. Evasive/ambiguous/none Responses of Claudia Miller

Please compile your own copies in the above order. Thank you for your cooperation

**CERTIFICATE OF SERVICE**
I certify that the true copy of the foregoing was served on the Justin D. Flamm by delivery to his receptionist, and on John M. Grey, POB 12548, Austin, Texas, 78711 by USPS mail on 6/1/05