UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

    Plaintiff,                                     Case No. 1:01-cv-210

                                                 Dlott, J.
vs.                                               Black, M.J.

JAMES R. DONOVAN, M.D *et al.,*

    Defendants.

    Given the pendency of the Defendants' motions for summary judgment (docs. 97, 98), and Plaintiff's motion for summary judgment (doc. 105), full briefing of which may not close until July 8, 2005, **IT IS HEREBY ORDERED THAT** the Final Pre-Trial Conference and Trial dates tentatively set for June 2005 and July 2005 are hereby **VACATED,** to be rescheduled by the Court, if necessary, after resolution of the motions for summary judgment.


    **SO ORDERED**.


*DATE:*  June 6, 2005                                         s/ Timothy S. Black
                                                                        Timothy S. Black
                                                                        United States Magistrate Judge