UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
FOR THE WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. No. C-1-01-210 |
| | : | Judge Dlott |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Black |
| JAMES R. DONOVAN, M.D., et al., | : | |
| Defendants. | : | |

**SECOND DECLARATION OF JAMES R. DONOVAN, M.D.**

James R. Donovan, M.D. declares as follows:

1. I am an Assistant Professor at the University of Cincinnati ("UC") and was the Medical Director of the Residency Program in Occupational and Environmental Medicine and an Assistant Professor throughout the period that Darlington Amadasu participated in UC's Occupational Medicine Residency Program ("OMRP"). I am competent to testify as to the points in this Declaration and do so from my own personal knowledge.

2. I have reviewed a document submitted to this Court by Darlington Amadasu as "Exhibit 26" to a declaration that he filed on May 31, 2005. "Exhibit 26" purports to be a letter from me to Amadasu dated December 20, 1999. I neither wrote nor signed this letter, and the first time I saw it was after Amadasu filed it with the Court. Because I neither wrote nor signed this document, it appears that Amadasu either forged my signature or cut and pasted a copy of my signature that he had on a document I actually wrote.

3. I have also reviewed "Exhibit 27" filed by Amadasu with his May 31, 2005 declaration. This "Exhibit 27" filed by Amadasu also appears to be a forgery, as I neither wrote

{W0452673.1}

nor signed it nor saw it prior to its presentation by Amadasu. "Exhibit 27" purports to be a May 31, 2000 memorandum from me to Amadasu. The spelling and grammar used in "Exhibit 27" is entirely inconsistent with my writing style. The letterhead on "Exhibit 27" is from the University of Cincinnati's Division of Biostatistics and Epidemiology; I did not and do not work in that Division, and I did not and do not use their letterhead. Further, I never saw this document until Amadasu presented it to this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10th, 2005.

_____
James R. Donovan, M.D.

{W0452673.1}