UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. No. C-1-01-210 |
| | : | Judge Dlott |
| Plaintiff, | : | Magistrate Judge Black |
| v. | : | |
| JAMES R. DONOVAN, M.D., et al., | : | |
| Defendants. | : | |

**DECLARATION OF SHARON MULLEN**

Sharon Mullen declares as follows:

1. I am a Program Manager for the University of Cincinnati ("UC") Family Medicine Residency and International Health Programs and worked as the Program Manager for UC's Family Medicine Residency Program in the year 2000. I am competent to testify as to the points in this Declaration and do so from my own personal knowledge.

2. UC's Family Practice Residency Program hired Geoff Harris ("Harris") to fill a Second Year Family Practice Resident position in April 2000. Amongst the factors that UC considered when it decided to hire Harris were his credentials from Duke University, an acclaimed school of medicine, his favorable letters of recommendation from a college dean and a family practice physician, and his high scores on Steps 1 and 2 of the medical board exam. None of the other applicants had such a strong background.

{W0458966.1}

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2005.

*Sharon Mullen*
Sharon Mullen.

{W0458966.1}