UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU,<br>*Plaintiff*, | Case No. 1:01-cv-210 |
| v. | Judge Dlott<br>Magistrate Judge Black<br>PLAINTIFF'S RESPONSE TO<br>TEXAS DEFENDANTS' FIRST<br>REQUEST FOR PRODUCTION |
| JAMES R. DONOVAN, M.D. *et al.*,<br>*Defendants*. | |

PLAINTIFF'S RESPONSE TO
**TEXAS DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION
TO THE PLAINTIFF**

*Texas Defendants' 1st Set of Requests
for Production to Plaintiff Amadasu
December 10, 2004
Page 1 of 6*



DEFENDANT'S
EXHIBIT
1

## DOCUMENTS TO BE PRODUCED

**REQUEST FOR PRODUCTION NO. 1:**

Please produce all documents relating to your participation in the STEER program in Laredo, Texas.

**RESPONSE:** Plaintiff objects because request is redundant and duplicative Both Texas and Ohio defendants are in possession, custody or control of the documents. Without waiver of objection plaintiff refers you to Documents Pl. OI7- 20 and Pl.023, copies of which plaintiff sent to all parties during his Rule 26(a)(I) initial disclosures

**REQUEST FOR PRODUCTION NO. 2:**

Please produce all documents submitted to the Ohio Defendants regarding your participation in the STEER Program in Laredo, Texas.

**RESPONSE:** See Response to Request #I

(As and when other documents are identified plaintiff will disclose them for inspection and copying at Cincinnati, Ohio)

**REQUEST FOR PRODUCTION NO. 3:**

Please produce all documents relating to any communication you made with UTHSCSA, Claudia Miller, or Roger Perales.

**RESPONSE:** See plaintiff's responses to Request #I & 2. See also Texas defendants' responses to plaintiff's first requests for combined production Number I3, thus, Texas defendants are in possession of the documents that they requested.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all applications for employment you submitted to UTHSCSA, Claudia Miller, or Roger Perales.

**RESPONSE:**      None     (but see plaintiff's application for training to UTHSCSA)

*Texas Defendants' 1st Set of Requests*
*for Production to Plaintiff Amadasu*
*December 10, 2004*
*Page 2 of 6*

## REQUEST FOR PRODUCTION NO. 5:

Please produce all documents that indicate that you were an employee of UTHSCSA, Claudia Miller or Roger Perales.

**RESPONSE:**
        None

## REQUEST FOR PRODUCTION NO. 6:

Please produce all check stubs for any payments you received while participating in the STEER program.

**RESPONSE:**
        None

## REQUEST FOR PRODUCTION NO. 7:

Please produce all documents you received from UTHSCSA, Claudia Miller, or Roger Perales regarding your participation in the STEER program.

**RESPONSE**    See plaintiff's responses to Request #I & 2.

## REQUEST FOR PRODUCTION NO. 8:

Please produce copies of your medical records. A release form is attached.

**RESPONSE:** Medical records are in the possession of the providers A signed release form is attached. Plaintiff absolutely reserves his entitled client-physician, client-healthcare provider privileges & confidentiality.

## REQUEST FOR PRODUCTION NO. 9:

Please produce copies of your academic record(s) for the last five years.

**RESPONSE:** Plaintiff objects for redundancy and duplicativeness. Texas and Ohio defendants have possession of plaintiff's records.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce copies of your federal income tax forms for the years 1999, 2000, 2001, 2002, and 2003.

**RESPONSE:** None as Plaintiff will supplement, identified for inspection & copying at Cincinnati, Ohio at mutually agreeable place and date.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce copies of all lawsuits you have filed in the last five years.

**RESPONSE:** Objection for burdensomeness and request is un reasonably calculated to lead to admissible evidence; without waiver of objection plaintiff respond that they matters of public records accessible to defendants.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce copies of all insurance agreements you received while participating in the STEER program.

**RESPONSE:** None

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all documents to substantiate your claims under Title VII.

**RESPONSE:** See plaintiff's responses to Requests # I & 2

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all documents to substantiate your claims under Title VI.

**RESPONSE:** See plaintiff's responses to Request # I & 2

*Texas Defendants' 1st Set of Requests*
*for Production to Plaintiff Amadasu*
*December 10, 2004*
*Page 4 of 6*

**REQUEST FOR PRODUCTION NO. 15:**

Please produce copies of all discrimination complaints you have filed in the last five years with a governmental agency, a state court, or a federal court.

**RESPONSE:** See plaintiff's response to Request #II

**REQUEST FOR PRODUCTION NO. 16:**

Please produce copies of all applications for employment you submitted in the last five years.

**RESPONSE:** Objection overbroad, burdensome and cumbersome and not reasonably calculated to lead to admissible evidence. Plaintiff states that applications were made by phone, internet and list of potential employers applied to are available for inspection and copying at Cincinnati, Ohio on mutually agreed date and time

**REQUEST FOR PRODUCTION NO. 17:**

Please produce all documents that you will use to substantiate your claims in this lawsuit.

**RESPONSE:** Documents that plaintiff will use to substantiate his claims in this lawsuit are in the possessions and controls of both Texas and Ohio defendants as demanded in Plaintiff's First Requests for Combined Production to Texas and Ohio defendants and see their responses thereto.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce copies of all documents that reference UTHSCSA, Claudia Miller, or Roger Perales in any manner.

**RESPONSE:** See plaintiff's responses to Request #I, 2, I7 and Texas defendants' responses to plaintiff's first requests for combined production Number I3. Both Texas and Ohio defendants have absolutely, refused and failed to provide copies of documents in their possessions and control to plaintiff.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce copies of all documents relating to your work history in the last five years.

**RESPONSE:** Objections for vagueness of documents relating to work history See response to Request #16. Ohio defendants continue to prevent plaintiff from working in the last five years by their conducts.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce copies of all documents relating to any damages you are claiming in your lawsuit.

**RESPONSE:** Objection overbroad. Without waiving objections as when they are identified plaintiff will produce them for inspection and copying.

Respectfully submitted,

Darlington Amadasu
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE:**
I hereby certify that the foregoing was served on Justin D. Flamm and on Ramiro Canales by USPS Mail on 01/8/05

*Texas Defendants' 1st Set of Requests
for Production to Plaintiff Amadasu
December 10, 2004
Page 6 of 6*

IN THE IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU<br>*Plaintiff,*<br><br>v.<br><br>JAMES R. DONOVAN, M.D,<br>UNIVERSITY OF CINCINNATI,<br>CLAUDIA S. MILLER, M.D., ROGER<br>PERALES AND UNIVERSITY OF TEXAS<br>HEALTH SCIENCE CENTER AT SAN<br>ANTONIO,<br>*Defendants.* | §§§§§§§§§§§§§ | CASE NO. C-1-01-210<br><br>Judge Dlott<br>Magistrate Judge Black |

### SECOND AFFIDAVIT OF ROGER PERALES

STATE OF TEXAS      §
                             §
COUNTY OF WEBB  §

BEFORE ME, the undersigned authority, on this day personally appeared ROGER PERALES, who being by me duly sworn and known to me, upon his oath stated:

1. "I, Roger Perales, am of sound mind, am over the age of 18, and am fully competent and qualified to make this Affidavit. All of the facts set forth below are true and correct and are known to me pursuant to my own personal knowledge.

2. At all times relevant to this lawsuit, I was enrolled part-time at the University of Texas Houston School of Public Health at the San Antonio Campus and was employed as an Environmental Medical Training Coordinator by the University of Texas Health Science Center in the South Texas Environmental Education and Research (STEER) program in Laredo, Texas. I have met the Plaintiff in this case, Darlington Amadasu, and I am familiar with the claims he has made against me.

DEFENDANT'S EXHIBIT 2

3.  I have reviewed a document submitted to this Court by Darlington Amadasu as "Exhibit 118" to a declaration that he filed on May 31, 2005. "Exhibit 118" purports to be a letter on a fax cover sheet from me to Dr. Claudia Miller, with a carbon copy to Dr. James Donovan, dated April 19, 2000. I did not write or sign this letter. The first time I saw this letter was after Mr. Amadasu filed it with the Court. Because I did not write or sign "Exhibit 118," it is apparent that Mr. Amadasu either forged my signature or cut and pasted a copy of my signature onto "Exhibit 118" from another document that I wrote. Furthermore, the syntax in the letter is not similar to wording or grammar that I typically use. Finally, as a general practice I did not send carbon copies of correspondence to people outside of the STEER Program.

Further the Affiant sayeth not."

_____
ROGER PERALES

SUBSCRIBED AND SWORN TO BEFORE ME on this 23 day of June, 2005, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

CYNTHIA M. KAWAS
MY COMMISSION EXPIRES
April 21, 2006

2