IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 JUN 24 PM 3:26

| | | |
|---|---|---|
| DARLINGTON AMADASU,<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:02-cv-210 |
| JAMES R. DONOVAN, M.D. *et al.,*<br>*Defendants.* | §<br>§<br>§ | Judge Dlott<br>Magistrate Judge Black |

## PRO HAC VICE APPLICATION

The attorney of record for Texas Defendants is Assistant Attorney General John Grey, who has recently resigned from the Office of the Attorney General. This case has been reassigned to the undersigned.

"I, Christopher Coppola, hereby petition this Court for leave to appear on behalf of Claudia S. Miller, Roger Perales, and University of Texas Health Science Center at San Antonio.

In support of this petition I hereby state:

That my office address is   Office of the Texas Attorney General
General Litigation Division
300 West 15th Street, 11th Floor
Austin, Texas 78701

That I was admitted to practice before the State Bar of __Texas__ on __November 2002__, and am currently in good standing and eligible to practice in this Court;

That I am not currently suspended or disbarred by any other Court;

I declare under penalty of perjury that the foregoing is true and correct."

CHRISTOPHER COPPOLA
Assistant Attorney General
Texas Bar No. 24036401
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120; FAX: (512) 320-0667