# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

April 28, 2005

Re:  **CHRISTOPHER JOHN COPPOLA;**
     State Bar Number- 24036401

To Whom It May Concern:

This is to certify that CHRISTOPHER JOHN COPPOLA was licensed to practice law in Texas on November 6, 2002 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Michelle Hunter*

Michelle Hunter
Interim Chief Disciplinary Counsel

MH/sg



*P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463*