```
Fri Jun 24 15:25:09 2005

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 427310
Cashier        mll

Tender Type  CHECK

Check Number: 3770

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount           $     50.00

ATTORNEY GENERALS COURT COST FUND

PRO HAC VICE 1:02CV210



Fri Jun 24 15:25:09 2005

Check No. 3770
Amount    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```