IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 1:02-cv-210 |
| § | (Dlott, J.; Black, (M.J.) |
| JAMES R. DONOVAN, M.D. *et al.,* § | |
| *Defendants.* § | |

### TEXAS DEFENDANTS' NOTICE SUBSTITUTION OF COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THIS COURT:

NOW COME Defendants, University of Texas Health Science Center at San Antonio ("HSC"), Claudia S. Miller, and Roger Perales ("Texas Defendants"), and file this Notice of Substitution of Counsel and Designation of Attorney-in-Charge. In support thereof, Texas Defendants would respectfully show the Court as follows:

I.

Counsel of record and attorney-in-charge on behalf of Texas Defendant in this matter is Assistant Attorney General John Grey. Mr. Grey has resigned from this agency. Therefore, the case has been reassigned and it is necessary to substitute counsel for Texas Defendants. The lead counsel and attorney-in-charge in this matter is now **Christopher Coppola**, Assistant Attorney General, General Litigation Division.

Mr. Coppola is familiar with the file and will comply with all scheduling orders. The undersigned hereby puts all parties and the Court on notice of the change as to the Attorney-in-Charge for Texas Defendants on this case and requests that all future documents on this case be referred to Mr. Coppola at the address shown below.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General of Litigation

JEFF L. ROSE
Chief, General Litigation Division

_____
CHRISTOPHER COPPOLA
Assistant Attorney General
Texas Bar No. 24036401
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120; FAX: (512) 320-0667

**ATTORNEYS FOR TEXAS DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent *via U.S. Certified Mail, Return Receipt Requested*, on this 23rd day of June, 2005, to:

Mr. Darlington Amadasu
*Pro Se* Plaintiff
P O Box 6263
Cincinnati, Ohio 45206

*and via Regular Mail to*:

Mr. Justin Flamm
Taft, Stettinius & Hollister
425 Walnut
Cincinnati, Ohio 45202

_____
CHRISTOPHER COPPOLA
Assistant Attorney General