UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

05 JUL 11 PM 4: 50

DARLINGTON AMADASU

Plaintiff

-V-

JAMES R. DONOVAN, MD, et al
Defendants

Case No: C - 1- 01 - 210

Black/Dlott

**PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
TEXAS AND OHIO DEFENDANTS' MOTIONS,
DECLARATIONS and OPPOSITIONS TO
PLAINTIFF'S MOTIONS**

---

The Time to respond has not expired. Darlington Amadasu, plaintiff pro se moves this Court for Order granting extension of time to respond to Texas and Ohio defendants' barrages of motions, declarations and oppositions to wit: Docs.109, 110, 113, 114, 115, and 116, not later than 08/15/05. Plaintiff will be unable to respond before the deadline and need to handle the complexity of the legal and factual issues raised by the defendants warranting enlargement of time to enable plaintiff conduct research and objectively respond.

Ohio and Texas defendants' motions, declarations and oppositions were served on several dates for example, Docs.114, 115, and 116 were actually served on 7/1/05 (Exhibit 1) and Docs.109, 110, and 113 were served before 7/1/05. Because Docs.109 and116 are directed at Doc.105; Doc.110 and 114 are directed at Doc.104; and Docs.113 and 115 are directed at Doc.108, plaintiff will combine response to each of the related paired motions on or before 08/15/05

MEMORANDUM
Rule 6(b) of Federal Rules of Civil procedure provides for enlargement of time

Respectfully submitted,

Darlington Amadasu
Plaintiff Pro se

CERTIFICATE OF SERVICE
I hereby certify that true copies of the foregoing were served on
Justin D. Flamm by fax 513-381-0205 and/or delivery to Receptionist.
on Christopher Coppola by fax 512-320-0667 on 07/11/05