Envelope scan:

7003 1680 0001 3540 7920

State of Texas — Official Business

GLD 019

ATTORNEY GENERAL OF TEXAS
GREG ABBOTT
POST OFFICE BOX 12548
AUSTIN, TEXAS 78711-2548

DARLINGTON AMADASU
P O BOX 6263
CINCINNATI OH 45206

6/30/05