UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,

    Plaintiff,    Case No. 1:01-cv-210

        Dlott, J.
vs.    Black, M.J.

JAMES R. DONOVAN, M.D *et al.,*

    Defendants.

## ORDER

For good cause shown, plaintiff's motion for an extension of time in which to file a reply memorandum in support of his motion for summary judgment (doc. 105) and respond to defendants' motions to strike (docs. 110, 113, 114, 115) is **GRANTED**. Plaintiff's reply and responses to defendants' motions to strike must now be filed on or before **August 15, 2005.**

    **IT IS SO ORDERED.**

Date: July 18, 2005        s/ Timothy S. Black
    Timothy S. Black
    United States Magistrate Judge