# Welcome

## Department of Environmental Health

## University of Cincinnati College of Medicine

*" The mission of the Department of Environmental Health is to improve the quality of life by understanding the causes of environmental damage and identifying the effective methods of prevention. "*

Dr. Marshall Anderson, Director

### This mission is accomplished through:

**Research:**
To obtain new scientific knowledge on the process by which environmental agents produce adverse human health effects.

**Education:**
To prepare tomorrow's professionals for leadership roles in research, education, service and patient care.

**Service:**
To diminish adverse health effects through interaction with governmental agencies and community groups.

*Departmental Mission & Organization*

*University of Cincinnati Department of Environmental Health*

EX. 131

# Occupational & Environmental Medicine

The Division of Occupational and Environmental Medicine has three major foci. Number One: training physicians in the specialty of occupational medicine through the ACGME accredited Occupational Medicine Residency Training Program. Number Two: occupational epidemiology research of populations exposed to potential hazards within the workplace. Number Three: clinical evaluation of patients with potential occupational or environmental-related medical disorders. The Division of Occupational and Environmental medicine is multi-disciplined in character and extensively interacts with other divisions within the Department of Environmental Health as well as the Department of Physician Medicine and Rehabilitation, the Department of Internal Medicine, and the Department of Emergency Medicine. Extensive use is made of regional and national volunteer faculty who have expertise in the field of occupational health. The Occupational Medicine Residency Training Program is the oldest continuous post graduate program within the United States. On the average four residents graduate from the program on a yearly basis and go on to accept positions at other academic institutions, within industrial settings, or within local, state or federal agencies. Funding for the residency training program is through the National Institute for Occupational Safety and Health's Education and Research Center Training Grant as well as from the University Hospital and various private sources. Areas of ongoing research include pulmonary evaluation of workers exposed to refractory ceramic fibers (a type of man-made vitreous fiber), to absorbent gelling material, pesticides, herbicides, and fungicides, and reproductive effects of exposure to solvents and jet fuel. The pulmonary morbidity and mortality studies of workers involved with RCF manufacturing have identified an association between duration of employment in a refractory ceramic fiber manufacturing job and the occurrence of pleural plaques on chest radiographs. The Center for Occupational Health (COH) is a multi-discipline clinical center that provides occupational health services to the Cincinnati and Midwest communities. The COH is part of the Alliance occupational health organization, Health Alliance of Greater Cincinnati. Core faculty members from the Division administer as well as staff the Center's activities. The Center has four divisions: Occupational Health Clinic, Medical Surveillance Program, Occupational Pulmonary Services, and Industrial Rehabilitation Program. The Center for Occupational Health is recognized as a resource in the comprehensive field of occupational and environmental health for employers, employees, and health professionals in Cincinnati and the Midwest.

Faculty in the division of Occupational & Environmental Medicine hold 3 grants and contracts totaling about $447,118 in annual total costs.

**James Lockey, MD, Professor, Director of Occupational and Environmental Medicine**

## Faculty and Research Interests

**Dr. James Donovan, Assistant Professor**
Dr. Donovan is Director of the Occupational and Environmental Medicine Residency Program. As an internist, occupational physician and industrial hygienist, Dr. Donovan is uniquely qualified to assess both health hazards and clinical outcomes in populations exposed to occupational and environmental toxicants. Dr. Donovan's research interests include both occupational and environmental clinical epidemiology studies.

**Dr. Andrew Freeman, Assistant Professor**
Dr. Freeman is Medical Director of the Occupational and Environmental Health Clinic, Center for Occupational Health. He has several research interests including biomonitoring for cyanide exposed populations, hypersensitivity pneumonitis, ergonomics, as well as other health outcomes in a variety of clinical occupational and environmental epidemiology

Ex. 132

# UNIVERSITY OF CINCINNATI
## NEW HIRE
## PERSONNEL ACTION FORM

DATE: 7/16/99

| SSN | VISA STAT | TENURE ELIG | NAME (LAST, FIRST, MI) | HOME DEPARTMENT NO. & DESCRIPTION | EFF DATE | PERSONNEL ACTIONS | | PRIMARY JOB TITLE | RETIRE PLAN |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | | Amadasu, Darlington | 13096 Environmental Health | 07/01/1999 | 01 | A126 REQ | Occupational Health Resident | Z |

| | TENURE EFFECT DATE | ANNUAL SALARY | BASE HRLY RATE | LONGEVITY HRLY RATE | ADDL HRLY RATE | | HOME CAMP | FULL/PART |
|---|---|---|---|---|---|---|---|---|
| | | 29,000.04 | | | | | 2 | F |

| BEGIN DATE | END DATE | TK GR | POS NO | DEPT | SFT | JOB CL | JOB TYPE | JOB % | PAY RATE | PAY CYCLE | PAY TERM | CREDIT HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/1999 | 06/30/2000 | 00000 | | 13096 | | 003093 | R | 100.00 | 2,416.67 | M1 | 00 | 0.0 |

| FUND | ARE | ORG | FUNC | OBJ | SO | EC-CSO | ACCOUNT AMOUNT | EXP TYPE | START DATE | STOP DATE | ACCT % | SUPERVISOR'S NAME | WORK CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P021 | 040 | E933 | 0114 | 1900 | 60 | 02 | 2,416.67 | GTS | 07/01/1999 | 06/30/2000 | 100.00 | Dr. Donovan | 2211 |

| ADDRESS - STREET | CITY | ST | ZIP | CHECK LOC | MAIL LOC | VISA TYPE | EXP DATE | SEX | CODE | BIRTHDATE | COUNTRY OF RESIDENCE | CITY OF RESID | SCHOOL DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2680 Wandee Drive #2303 | Cincinnati | OH | 45238 | 0056 | 0182 | | | M | B | | | 2211 | 1599 |

COMMENTS:
Attached: I-9, W4, IT-4. Pers Personal History Record has been sent to the benefits office.

_Kathy L. Crawford_   2/4/98
DEPARTMENT HEAD   DATE

_____   __/__/__
DEAN/DIRECTOR/VICE PRESIDENT   DATE

_____   __/__/__
SPONS PROG ACCT/STUD FIN AID   DATE

Dora Jefferson-Gaynor 8-5704
INDIVIDUAL COMPLETING FORM   PHONE NUMBER

Ex. 133

# University of Cincinnati




DARLINGTON
AMADASU, MD, MPH
RESIDENT

ENVIRONMENTAL HEALTH

Ex. 133.(a)



# State Medical Board of Ohio

77 S. High Street, 17th Floor • Columbus, OH 43266-0315 • (614) 466-3934 • website: www.state.oh.us/med

**ACKNOWLEDGMENT OF APPLICATION FOR TRAINING CERTIFICATE**

July 19, 1999

Darlington Omobogie Amadasu MD
P.O. Box 670056
Cincinnati, Ohio 45267-0056

This is to notify you that your application for a training certificate was received by the Board on ____7/19/99____ in order to participate in the training program at ____University Hospitals of Cincinnati  (OM)____

Please be advised that you are hereby authorized to begin participation in the training program to which you have been appointed while your application is being processed. You are entitled to perform such acts as may be prescribed by or incidental to the internship, residency, or clinical fellowship program, but are not otherwise entitled to engage in the practice of medicine and surgery or osteopathic medicine and surgery in this state. You must limit your activities to the programs of the hospitals or facilities for which you have applied. You must train only under the supervision of the physicians responsible for supervision as part of the internship, residency, or clinical fellowship program.

The processing time before issuance of a training certificate is ordinarily 6 to 8 weeks after receipt of an application by the Board. Applications are processed in the order received. An incomplete application or any unusual circumstances discovered during processing will result in deviation from this schedule. You will be notified if the application is incomplete or contains errors, or if there is difficulty in obtaining the independently requested recommendations.

The Ohio Administrative Code provides that the Board may abandon an application if you fail to complete the application process within six months of initial application filing. Submitted fees will not be refundable or transferable.

Sincerely,

Penny E. Grubb
Penny E. Grubb
Chief, Licensure

Ex. 134

# UNIVERSITY OF CINCINNATI
## SUPPLEMENTARY INFORMATION
### COLLEGE OF MEDICINE
### COLLEGE OF LAW
### GRADUATE DIVISION

**NAME:** Madonna U. Dhillon (Omenukor)
**ADDRESS:** 2680 Wendee Drive (#2303), Cincinnati, OH 45238

**PARENT INFORMATION:** Omenukor Deceased

**SUPPLEMENTARY INFORMATION:**
Birthplace: Benin City, Nigeria
Home Address: None
Husband: Bendilly

**HIGH SCHOOL FROM WHICH YOU WERE GRADUATED:** Idia University of Lagos Coll-Med, White-Umuahia, Nigeria, 1975-1977

**COLLEGES ATTENDED:** Univ of Uth Sch of Med, Salt Lake City, Utah, 1948-1992
- BA, MS MD, MPH (expected), U.C., Univ. of Utah

**COLLEGE DEGREE(S) EARNED:** BA, MS MD, MPH (expected)

**CITIZENSHIP U.S. CITIZEN?** No — Nigeria
**EMPLOYMENT RECORD:** U.C. — Cincinnati — Resident — Medical — 1998-present
Name of Firm: U.C.

**FINANCIAL SUPPORT:** Family / Savings / Loans / Fellowships and Scholarships / Assistantship / Earnings

Signature / Date

DO NOT WRITE BELOW THIS LINE
STUDENT RECORDS OFFICE
UC 201

EX-135

# UNIVERSITY OF CINCINNATI
# AUTHORIZATION AGREEMENT FOR
# PAYROLL DIRECT DEPOSIT

I hereby authorize the University of Cincinnati to initiate electronic credit entries and, if necessary, debit entries to reverse erroneous credits, to my account(s) indicated below, and to the financial institution(s) named below to credit and/or debit the same to such account(s).

Please attach a copy of voided check(s) or deposit voucher(s), so that we can verify the routing and account information.

Circle one:  Add    Delete          Circle one: (Checking)    Savings

BANK OR FINANCIAL INSTITUTION __CINCO FEDERAL CREDIT UNION__

CITY, STATE __CINTI, OHIO__

ROUTING/TRANSIT NUMBER __242-076__    ACCOUNT NUMBER _____

By selecting this option, you are indicating that your net pay should be deposited to this institution.

Circle one:  Add    Delete    Change (amount only)    Circle one: Checking    Savings

BANK OR FINANCIAL INSTITUTION _____

CITY, STATE _____

ROUTING/TRANSIT NUMBER _____    ACCOUNT NUMBER _____

PLEASE INDICATE AMOUNT: __0.00__

Circle one:  Add    Delete    Change (amount only)    Circle one: Checking    Savings

BANK OR FINANCIAL INSTITUTION _____

CITY, STATE _____

ROUTING/TRANSIT NUMBER _____    ACCOUNT NUMBER _____

PLEASE INDICATE AMOUNT: __0.00__

This authority shall remain in full force and effect until the University has received written notification from me of its termination in such time and in such manner as to afford the University and financial institution(s) a reasonable opportunity to act upon it. Receipt in Payroll & Employee Information Services, mail location #0001, of such notification seven (7) days prior to a pay date will ensure timely processing. The University reserves the right to terminate this agreement without prior notification.

NAME __DARLINGTON AMADASU__    SOC SEC # _____

SIGNATURE __[signature]__    DATE __10/24/??__

Please allow three to four weeks for implementation

EMPLOYEE

Ex. 136



**University of Cincinnati**

Benefits
Division of Student Affairs/Human Resources
University of Cincinnati
PO Box 210099
Cincinnati, OH 45221-0099
Phone (513) 556-6381
Fax    (513) 556-4501

DATE:   August 2, 1999

TO:     Darlington Amadsu
        2680 Werdee Dr., #2303
        Cincinnati, OH 45238

FROM:   Adam W. Benedict
        Benefits Counselor
        Benefits Office
        ML #0091

RE:     **CHOICE BENEFITS ENROLLMENT**

As a result of your new appointment as an Occupational Health Resident, enclosed you will find a personalized Choice Benefits Enrollment form for 1998.

Please complete the enrollment form (front and back) and return it to Mail Location #0099 by August 16, 1999, the date indicated on the bottom of the form.

If the enrollment form is not returned to the Benefits Office by the deadline, you will automatically be defaulted to the following benefits:

- **No Coverage**

You will not be able to make changes in your benefits until annual enrollment each Fall, unless you have a change in family status. The following family status changes would allow you to request certain benefit changes before the next enrollment period:

- birth or adoption of a child
- death of a covered dependent
- marriage or divorce
- a change in your or your spouse's employment that affects benefits (not including annual enrollment) or
- loss of dependent eligibility

For any benefit changes that take effect due to a change in family status, a completed confirmation form must be received by the Benefits Office within 31 days of the family status changes. If you miss the 31-day deadline, you must wait until the next enrollment period.

Also, included in this packet is information on the PERS Retirement System and the new Alternative Retirement Plan. You must make an election for one of these retirement plans no later than **September 28, 1999**. After this date, your retirement plan will default to the PERS Retirement System.

If you have any questions, and/or want to make an appointment regarding your benefits, please feel free to contact me at 513-556-0377.

Ex. 137

An affirmative action/equal opportunity institution

| NAME | LAST | FIRST | MI | MAIDEN |
|---|---|---|---|---|
| | AMADIAS | DARLINGTON | O | |

TODAY'S DATE: 08 / 16 / 99

SS#: [redacted]

# Employee Orientation Reference Data Report

Please complete the following items by either filling in the blocks or placing a check (✓) mark where applicable. Should a particular item not apply to you, indicate as such by placing a N/A in the appropriate blank.

ADDRESS: 2680 WALDER DRIVE #2303 — CINTI — OH — 45230
(Street / City / State / Zip)

Have you had a pre-employment physical? ☐ Yes ☒ No   If not, when is your physical scheduled? PENDING

JOB TITLE: MEDICAL RESIDENT   DEPARTMENT: OCCUPATIONAL ENVIRONMENT

STARTING DATE IN CURRENT POSITION: 0/07/99   CAMPUS MAIL LOCATION: 528

HOME PHONE NUMBER: 513/662-2547   CAMPUS PHONE NUMBER: 584-0594

UNIT: ☐ Clifton Campus ☐ Medical Center ☐ University Hospital ☒ Holmes Hospital
☐ Raymond Walters ☐ Clermont ☐ OMI/CCAS

STATUS: Please check (✓) the one block in each column which describes your employment status:

☒ Full-Time    ☐ Permanent    ☐ New Hire    ☐ Classified
☐ Part-Time    ☐ Temporary    ☐ Reinstated  ☐ Unclassified
☐ Seasonal     ☐ Provisional  ☐ Re-Hire     ☐ Exempt
☐ Intermittent                ☐ Promotion   ☐ Faculty

SEX: ☒ Male ☐ Female   MARITAL STATUS: ☐ Single ☒ Married   DATE OF BIRTH: 01/01/49   AGE: 50 y/o

SPOUSE NAME: ASABI   Date of Birth: 7/4/__

Is your spouse employed? ☐ Yes ☒ No   If yes ☐ Full-time ☐ Part-time

Name and address of employer: UNIV CINCINNATI

## CHILDREN

Please list the name, sex, age, and date of birth of each of your children who are unmarried and who are dependent upon you for financial support.

NAME: A. ____ ___ ___ F age 17 DOB 4/15/__

## RETIREMENT

Do you currently have an existing retirement account with any of the following Ohio Retirement Systems?

☐ Yes ☒ No   Public Employees Retirement System (PERS)   ☐ Yes ☒ No   School Employees Retirement System (SERS)
☐ Yes ☒ No   State Teachers Retirement System (STRS)     ☐ Yes ☒ No   Highway Patrol Retirement System
☐ Yes ☒ No   City of Cincinnati                          ☐ Yes ☒ No   Other: NONE

## OHIO SERVICE

Please indicate on the reverse side of this form whether or not you have had previous employment with the University of Cincinnati, University Hospital, the State of Ohio or any of its political subdivisions.

## CERTIFICATION

I certify that the above listed information is correct and understand that falsification of information will be cause for termination of my employment.

Signed: _____

RECEIVED AUG 16 1999 BENEFITS DIVISION

Ex. 138

Ex 139

**PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO**
277 East Town Street Columbus, Ohio 43215-4642

# PERSONAL HISTORY RECORD

All sections of this Form must be completed in full including the certification by your payroll officer and the affidavit. All statements on oath and may require substantiating proof. Proof of date of birth will be required to obtain retirement and other benefits. Be accurate. Security number copy it from your card. All signatures must be in ink, other entries may be typewritten or printed clearly. A refund of accumulated contributions, retirement allowances, disability benefits, or survivor benefits may only be paid if this Form is properly completed.

## SECTION I PERSONAL INFORMATION

Full Name: Last **ANDARY**   First **WASHINGTON**   Middle **O**

Home Address: Street **3696 WENDEL LANE #2507**   City **CINTI**   State **OH**   Zip **45236**

Sex **M**   Date of Birth **01/01/65** Month/Day/Year   Place of Birth **BENNINGTON, VERMONT** Town and State or Foreign Country   Marital Status: ☐ Single ☐ Married ☐ Widowed ☐ Divorced ☐ Separated

DATE OF BIRTH: Month 7 / Date 1 / Year 28

Social Security Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ]

DO NOT WRITE IN THE FOLLOWING SPACES
FOR PERS OFFICE USE ONLY

Previous PERS Number: [ ][ ][ ][ ][ ][ ][ ]

Employer Code

Received for Record
Date Stamp

AUG 16 1989
BENEFITS DIVISION

Please list your family members and their dates of birth below. Include full names of each parent even if deceased. List only natural or adopting parent(s):

| | Name | | |
|---|---|---|---|
| Children | | | |
| | 5 4/4/15 | | |
| | 4 | | |
| Spouse | | | |
| Father | | | |
| Mother | | | |

## SECTION II SERVICE INFORMATION

1. Give date of first service as an employee in any public employment in Ohio.
2. Have you been a member of any of the following retirement systems?
   - a) Ohio Police & Firemen's Disability and Pension Fund (PFDPF)   ☐ yes ☐ no
   - b) Cincinnati Retirement System (CRS)   ☐ yes ☐ no
   - c) State Highway Patrol Retirement System (HPRS)   ☐ yes ☐ no
   - d) School Employees Retirement System (SERS)   ☐ yes ☐ no
   - e) State Teachers Retirement System (STRS)   ☐ yes ☐ no

If you answered "yes" to any of the above, provide the following information for each system marked:
Member's/Subscriber's from _____ to _____ System(s) _____
Retired? ☐ yes ☐ no   Date(s) _____ System(s) _____
Refunded Account? ☐ yes ☐ no   Date(s) _____ System(s) _____
3. Are you presently or have you been receiving disability retirement benefits from any state or municipal retirement system in Ohio?   ☐ yes ☑ no
If "yes", which system?

Please turn page

Ex. 139

## SECTION III EMPLOYMENT INFORMATION

1. State present title, employer, and department in which employed:

| TITLE | EMPLOYER | DEPARTMENT, OFFICE, BOARD, COMMISSION, OR INSTITUTION |
|---|---|---|
| Resident | UC/UCH | Occupational & Environmental Medicine |

2. State date present employment began (specify month/date/year): 07/01/98
Was this service ever covered by approved exemption?  ☐ yes  ☒ no
If "yes", attach copy of approved Request for Optional Exemption (P-3) and give dates the limitations were exceeded ____

3. Is current service an elected position?  ☐ yes  ☒ no
If "yes", term began ____ . Submit Application for Membership from an Elective Official (A-9) in duplicate.

4. Have you ever held another elected position?  ☐ yes  ☒ no
If "yes" state office held ____ and dates ____

## SECTION IV BENEFICIARY DESIGNATION

In addition to benefits available to you, benefits may be available to your qualifying beneficiary(ies) upon your death. Your beneficiary is determined in one of two ways: **automatic succession** as established by law or **specific designation** which requires you to name a person, persons, trust, estate, or an institution. By law there are certain events which cancel a specific designation: marriage, divorce, dissolution of marriage, legal separation, the birth or adoption of a child, or withdrawal of account. If you do not submit a new designation to PERS after one of these events occurs, your beneficiary will be determined by automatic succession.

• **If you are not retired from another state retirement system** and a specific designation is not filed, at your death any amount due is payable to your first qualifying beneficiary in the following order: (1) spouse; (2) child(ren); (3) parent(s); or (4) estate. If you are satisfied with this order, you do not need to do anything. If you would like to make a specific designation, please mark this box ☐; information and the proper form will be sent to you. If you have made a previous designation and your account is still on deposit with PERS and you want to keep that previous designation, please mark this box ☐

• **If you are retired from another state retirement system** and a specific designation is not filed, at your death any amount due is payable to your first qualifying beneficiary in the following order under automatic succession: (1) spouse; (2) child(ren) share equally; (3) parents share equally; or (4) estate. If you are satisfied with automatic succession, you do not need to do anything. If you would like to make a **specific designation**, please mark this box ☐, and information, along with the proper form, will be sent to you.

## SECTION V EMPLOYEE AFFIDAVIT

State of Ohio, County of Hamilton

Being duly sworn, the undersigned states that the statements contained in this Form are complete and true to the best of his/her knowledge and belief.

_____
Signature of Member

Sworn to and subscribed to me this ____ day of ____, 19____

_____
Notary Public

## SECTION VI PAYROLL OFFICER'S CERTIFICATION

1. State present rate of compensation ____ per hour / day / month
   Circle one

2. Explain certified allowances paid for full maintenance (consisting of housing, laundry, and meals) ____

I hereby certify that ____ began service with
                    Employee's Name
____ on ____ and the statements set
Employing Unit        Date
forth in Sections I, III, and VI are true and accurate as disclosed by the records of this department.

Signed ____ Employing Unit ____

Title ____ Department ____

[Ex. 140]