IN THE IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>*Plaintiff,*<br><br>v.<br><br>JAMES R. DONOVAN, M.D,<br>UNIVERSITY OF CINCINNATI,<br>CLAUDIA S. MILLER, M.D., ROGER<br>PERALES AND UNIVERSITY OF TEXAS<br>HEALTH SCIENCE CENTER AT SAN<br>ANTONIO,<br>*Defendants.* | § § § § § § § § § § § § § § §<br><br>CASE NO. C-1-01-210<br><br>Judge Dlott<br>Magistrate Judge Black |

**AFFIDAVIT OF CHRISTOPHER COPPOLA**

STATE OF TEXAS        §
                      §
COUNTY OF WEBB        §

BEFORE ME, the undersigned authority, on this day personally appeared CHRISTOPHER COPPOLA, who being by me duly sworn and known to me, upon his oath stated:

1. "I, Christopher Coppola, am of sound mind, am over the age of 18, and am fully competent and qualified to make this Affidavit. All of the facts set forth below are true and correct and are known to me pursuant to my own personal knowledge.

2. I am counsel for the University of Texas Health Science Center at San Antonio, Dr. Claudia Miller, and Roger Perales (collectively, the "Texas Defendants") in the above-named and styled litigation.

3. On January 25, 2005, as part of the discovery process in the above-named and styled litigation, the Texas Defendants produced documents to Darlington Amadasu. The documents produced by the Texas Defendants on January 25, 2005 were the only documents produced to Darlington Amadasu by the Texas Defendants.

4. Exhibit 118 to Darlington Amadasu's May 27, 2005 Declaration – which purports to be a fax cover sheet containing a letter from Roger Perales to Dr. Claudia with a copy to Dr. James Donovan dated April 19, 2000 – was not among the documents sent to Darlington Amadasu as part of the Texas Defendants' January 25, 2005 production. I did not see the Darlington Amadasu's Exhibit 118 until after he filed his May 27, 2005 Declaration with the Court.

Further the Affiant sayeth not."

CHRISTOPHER COPPOLA

SUBSCRIBED AND SWORN TO BEFORE ME on this 24th day of August, 2005, to certify which witness my hand and official seal.



MELISSA L. HEAD
Notary Public, State of Texas
My Commission Expires
JUNE 25, 2009
Notary without Bond

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2