| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Darlington Amadasu<br>PO Box 6263<br>Cincinnati, OH 45206 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)<br>7002 0860 0000 1408 8378 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes<br>#138<br>D-OTT 01-210 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |