| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [Cincinnati USPS-45206 stamp] ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* MAR 0 4 2006   C. Date of Delivery 3/5/06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Darlington Amadasu<br>PO Box 6263<br>Cincinnati, OH 45206 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)*   7002 0860 0000 1408 8378 | #138  D-OTT 01-210 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |