UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

06 MAR 10 PM 12: 59

| | |
|---|---|
| DARLINGTON AMADASU | Case No: 1-01-cv-210 |
| Plaintiff | Judge: Dlott<br>Magistrate: Black |
| -V- | PLAINTIFF'S MOTION FOR DEFINITION OF ELEMENTS OF PROPERLY SUPPORTED MOTION FOR SUMMARY JUDGMENT |
| JAMES R. DONOVAN, MD, et al<br>Defendants | |

Darlington Amadasu, plaintiff pro se moves this Court for legal and judicial definition of the **elements** of "a properly supported motion for summary judgment"

Magistrate Judge Black in his Report & Recommendation ("R&") recently used the phrase, "a properly supported motion for summary judgment". Plaintiff needs the definition of the elements of "a properly supported motion for summary judgment" and how each of the elements should be satisfied to enable him make objective and appropriate response to the R&R.

Respectfully submitted,

Darlington Amadasu
Plaintiff Pro se

**CERTIFICATE OF SERVICE**
I hereby certify that true copies of the foregoing were served on Justin D. Flamm by delivery to receptionist and on Christopher Coppola by USPS 1st Mail on 3/10/06