UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

06 MAR 10 PM 12:59

DARLINGTON AMADASU

    Plaintiff

-V-

JAMES R. DONOVAN, MD, et al
    Defendants

Case No: C - 1- 01 - 210

Judge: Dlott
Magistrate: Black

PLAINTIFF'S MOTION
STAY OF PLAINTIFF'S OBJECTIONS, TO ENLARGE
TIME & TO SUSTAIN PLAINTIFF'S RIGHT TO OBJECT
TO REPORT & RECOMMENDATION; & STRIKE ORDER

---

Darlington Amadasu, plaintiff pro se received contemporaneously two documents, to wit: Report and Recommendation ("R&R") (Doc.138) and Order Granting in Part and Denying in Part Defendants' Motions to Strike (Doc.137) and the time to file objections thereto has not passed. Plaintiff moves this Court for orders:

1. Staying plaintiff's objections to (Docs.137, 138)
2. Staying further court's action on summary judgment proceeding (Docs.137, 138)
3. Enlargement of time to object to (Docs.137, 138) by thirty (30) days from after determination of said below petitions
4. Sustaining plaintiff's right to object later to (Docs.137, 138), by thirty (30) days from after determinations of pending Plaintiff's unopposed 02/03/2006 Petition and today 03/10/2006 Renewed Petition to the District Court Chief Judge Sandra S. Beckwith for relief and today 03/10/2006 plaintiff's motion for definition of elements of "a properly supported motion for summary judgment"

**MEMORANDUM**

In exercise of his right under First Amendment to U.S. Constitution and pursuant to the controlling federal procedural law, 42 U.S.C. 2000e-5(f)(4) and (5) plaintiff petitioned on 02/03/2006 and renewing petition today to Chief Judge Sandra S. Beckwith for relief sought therein. The granting of the relief sought in the petition will surely facilitate fair, just and speedy resolution of this case by facilitating fact-findings, issues-findings, identification of evidentiary documentary proofs of claims and defenses.

This court providing relief sought in Plaintiff's 03/10/2006 motion filed today seeking legal,

1

judicial and case law definition of elements of "a properly supported motion for summary judgment" will also enable plaintiff to make adequate and proper response to the R&R.

Plaintiff needs enlarged time of thirty (30) days from the date after determination of his petitions to enable him research the facts and complex legal issues proffered in the (Docs.137, 138) and to provide adequate objective responses.

Rule 6(b) of Federal Rules of Civil procedure provides for enlargement of time

Respectfully submitted,

Darlington Amadasu
Plaintiff Pro se


**CERTIFICATE OF SERVICE**
I hereby certify that true copy of the foregoing were served on Justin D. Flamm by delivering to receptionist and on Christopher Coppola by USPS 1st class mail on 3/10/06

2