UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARLINGTON AMADASU, | : | Case No. C-1-01-210 |
| | : | |
| Plaintiff, | : | Judge Dlott |
| | : | |
| v. | : | Magistrate Judge Black |
| | : | |
| JAMES R. DONOVAN, M.D., et al. | : | **RESPONSE OF THE OHIO** |
| | : | **DEFENDANTS TO PLAINTIFF'S** |
| Defendants. | : | **MOTION TO FOR AN EXTENSION** |
| | : | **OF TIME REGARDING OBJECTIONS** |
| | : | **TO THE COURT'S MARCH 2, 2006** |
| | : | **REPORT & RECOMMENDATION** |

The Ohio Defendants do not oppose an extension that would give Plaintiff Darlington Amadasu a total of 30 days to file objections to the Court's March 2, 2006 Report & Recommendation in Defendants' favor. However, the Ohio Defendants oppose Amadasu's request that further activity in this case be stayed pending a decision on his renewed motion for appointment of a special master and his "Motion for Definition of Elements of Properly Supported Motion for Summary Judgment." The stay would cause an indefinite delay that is unwarranted, particularly in light of the Court's decision (Doc. 138) denying as moot Plaintiff's original motion to appoint a special master.

        Respectfully submitted,

        By: /s/ Justin D. Flamm
           Gregory Parker Rogers (0042323)
           Justin D. Flamm (0071575)
           Taft, Stettinius & Hollister LLP

OF COUNSEL:
           425 Walnut Street, Suite 1800
           Cincinnati, Ohio 45202-3957

Mitchell D. McCrate (0047403)           (513) 381-2838
Associate General Counsel           (513) 381-0205 (fax)
University of Cincinnati
Office of the General Counsel           Special Counsel for the Attorney
300 Administrative Building           General of Ohio
Cincinnati, Ohio 45221-0623           Trial Attorneys for the Ohio Defendants

{W0670454.1}

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served copies of the foregoing upon Darlington Amadasu, Plaintiff Pro Se, at P.O. Box 6263, Cincinnati, Ohio 45206, via regular U.S. mail, postage prepaid, and upon Christopher Coppola, counsel for Claudia Miller and the University of Texas Health Science Center at San Antonio, at Assistant Attorney General for the State of Texas, General Litigation Division, P. O. Box 12548, Capitol Station, Austin, TX 78711, via regular United States mail, postage prepaid, this 21st day of March, 2006.

By: /s/ Justin D. Flamm
Gregory Parker Rogers (0042323)
Justin D. Flamm (0071575)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838
(513) 381-0205 (fax)

Special Counsel for the
Attorney General of Ohio

Trial Attorneys for the Ohio Defendants