IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Darlington Amadasu, | : | Case No. 1:01-cv-210 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Timothy S. Black |
| | : | |
| James R. Donovan, M.D., et al., | : | ORDER GRANTING PLAINTIFF |
| | : | THIRTY-DAY EXTENSION OF TIME |
| Defendants. | : | TO FILE OBJECTIONS TO |
| | : | MAGISTRATE'S REPORT AND |
| | : | RECOMMENDATIONS AND |
| | : | OTHERWISE DENYING |
| | : | PLAINTIFF'S PENDING MOTIONS |

Before the Court are Plaintiff Darlington Amadasu's Renewed Motion for Appointment of Special Master, for Conference, for Hearing, and for Expedition of the Proceeding (doc. #139); Motion for Definition of Elements of Properly Supported Motion for Summary Judgment (doc. #140); and Motion to Stay Plaintiff's Objections, for Extension of Time to Object, and to Sustain Plaintiffs' Right to Object to the Magistrate Judge's Report and Recommendations (doc. #141). Defendants have filed a Response to Plaintiff's Motion to Stay (doc. #141). (Doc. #142.) Upon review of the aforementioned pleadings and docket, the Court hereby **GRANTS** Plaintiff a thirty-day extension of time to object to the Magistrate's Report and Recommendations (doc. #138) pursuant to Plaintiff's Motion to Stay (doc. #141). Plaintiff must file his objections by April 27th, 2006. Plaintiff's Motions (docs. ##s 139, 140, 141) are otherwise **DENIED**.

IT IS SO ORDERED.

                                                                                                            s/Susan J. Dlott
                                                                                                            Susan J. Dlott
                                                                                                             United States District Judge