UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

06 APR 27 PM 2:49

| | |
|---|---|
| DARLINGTON AMADASU | Case No: C-1-01-210 |
| Plaintiff | Judge: Dlott |
| | Magistrate: Black |
| -V- | |
| | EMERGENCY MOTION |
| | FOR SHORT EXTENSION OF TIME TO OBJECT |
| JAMES R. DONOVAN, MD, et al | TO REPORT & RECOMMENDATION; & STRIKE ORDER |
| Defendants | |

Granted
Susan J. Dlott 4/28/06

Now comes Plaintiff pro se and states that the time has not passed to file objections to contemporaneous two documents, to wit: Report and Recommendation ("R&R") (Doc.138) and Order Granting in Part and Denying in Part Defendants' Motions to Strike (Doc.137) and moves for order granting short extension of the time to file the objections on or before 05/12/06.

Emergency situation occurred, in which Plaintiff inadvertently lost the electronic storage of his prepared objections to Doc.137 and 138 to be printed out today. All effort to retrieve them failed consequently plaintiff will have to start all over again and needs enlarged time to do so.

Rule 6(b) of Federal Rules of Civil procedure provides for enlargement of time

Respectfully submitted,

/s/ Darlington Amadasu

Darlington Amadasu
Plaintiff Pro se

**CERTIFICATE OF SERVICE**
I hereby certify that true copies of the foregoing were served on Justin D. Flamm by fax: 513-381-0205 on Christopher Coppola by on 3/27/06

/s/ Darlington Amadasu