# THE UNIVERSITY HOSPITAL/UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE
## NOMINATION FOR MEMBERSHIP ON THE RESIDENT/FELLOW STAFF



NAME __Darlington__   __Omobuogie__   __Amadasu__   __MD__
          First          Middle          Last          Degree

NEW HIRE __XXX__   TRANSFER _____   If transfer:   PROGRAM TRANSFERRING FROM: _____

                                                            PROGRAM TRANSFERRING TO: _____

RESIDENT LEVEL (R) __3__   CLINICAL FELLOW LEVEL (CF) _____   SPECIAL FELLOW (SF) _____

POST GRADUATE YEAR (LEVEL FOR PAY)
   University Hospital paid level: _____
   Departmental paid level: _____
   Other: Source __UC Payroll__   level __R3__

PROGRAM __Occupational Medicine__   DIVISION _____

STARTING DATE __07/01/99__   EXPECTED COMPLETION DATE __06/30/00__

SOCIAL SECURITY # [REDACTED]   DATE OF BIRTH __01/01/49__   FEMALE _____ MALE __XX__

PLACE OF BIRTH __Benin City, Nigeria__   CITIZENSHIP __USA__

U.S. CITIZEN
NATURALIZED CITIZEN __XX__
J-1 VISA

H1-B1 VISA _____
RESIDENT ALIEN _____
EMPLOYMENT AUTHORIZATION _____

ETHNICITY: (See Categories on back)
- White _____
- Black __XX__
- Hispanic _____
- Asian/Pacific _____
- American Indian _____
- Alaskan Native _____

MILITARY STATUS: __N/A__
(1) Active Reserve _____
(2) Inactive Reserve _____
(3) Vietnam Era Veteran _____
(4) Vietnam Veteran Active Reserve _____
(5) Veteran (Other than Vietnam) _____
(6) National Guard _____
    Unit assigned to: _____

Eligible for benefits: Yes ____ No ____

MEDICAL SCHOOL __University of Lagos College of Medicine, Lagos, Nigeria__

LOCATION (COUNTRY) __Lagos, Nigeria__   GRAD DATE __07/--/79__

MEDICAL SCHOOL CODE __99999__
(LIST OF CODES ARE KEPT ON FILE IN EACH PROGRAM)

*CONTINUED ON REVERSE SIDE*

EX.174

page 2
*Nomination for Membership
on the Resident/Fellow Staff*



---

**PREVIOUS U.S.RESIDENT/FELLOWSHIP POST GRADUATE EDUCATION: (ALL PREVIOUS U.S. GME MUST BE LISTED)**

R/CF LEVEL  R1   PROGRAM: Family Practice          HOSPITAL: Brox Lebanon Hospital
FROM 05/01/92 TO 09/21/93    BOARD CERTIFIED ___    BOARD ELIGIBLE ___    TOTAL # OF MONTHS: 16

R/CF LEVEL  R2   PROGRAM: Occupational Medicine    HOSPITAL: U. of Utah School of Medicine
FROM 08/01/98 TO 05/31/99    BOARD CERTIFIED ___    BOARD ELIGIBLE ___    TOTAL # OF MONTHS: 10

R/CF LEVEL ___  PROGRAM: _____   HOSPITAL: _____
FROM __/__/__ TO __/__/__    BOARD CERTIFIED ___    BOARD ELIGIBLE ___    TOTAL # OF MONTHS: ___

R/CF LEVEL ___  PROGRAM: _____   HOSPITAL: _____
FROM __/__/__ TO __/__/__    BOARD CERTIFIED ___    BOARD ELIGIBLE ___    TOTAL # OF MONTHS: ___

TOTAL # OF U.S. GME (OTHER - NOT THE UNIVERSITY HOSPITAL/UC COLLEGE OF MEDICINE) MONTHS: 26

SIGNATURE: Program Chairman or Director _____
(Signature certifies that all information has been verified by the department where the physician is expected to complete his/her training program, **and originals** of all transcripts and certification of previous training are on file).

---

**Race/Ethic Identification**

<u>White (Not of Hispanic origin)</u>
   All persons having origins in any of the original peoples of Europe, North Africa, the Middle East, or the Indian subcontinent.

<u>Black (Not of Hispanic origin)</u>
   All persons having origins in any of the black racial groups.

<u>Hispanic</u>
   All persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race.

<u>Asian or Pacific Islander</u>
   All persons having origins in any of the original peoples of the Far East, Southeast Asia, or the Pacific Islands. This area includes, for example, China, Japan, Korea, the Philippine Islands, and Samoa.

<u>American Indian or Alaskan Native</u>
   All persons having origins in any of the original peoples of North America.

SOURCE:    Equal Employment Opportunity Commission Instruction Booklet

nom:01/1999

Ex. 175



# State Medical Board of Ohio

77 S. High St., 17th Floor • Columbus, OH 43266-0315 • (614) 466-3934 • Website: www.state.oh.us/med/

### ACKNOWLEDGMENT OF APPLICATION FOR TRAINING CERTIFICATE

July 19, 1999

~~Darlington Obioesio Awajiusu, MD~~
P.O. Box 670056/
Cincinnati, Ohio 45267-0056

This is to notify you that your application for a training certificate was received by the Board on 7/19/99 in order to participate in the training program at University Hospitals of Cincinnati (OM).

Please be advised that you are hereby authorized to begin participation in the training program to which you have been appointed while your application is being processed. You are entitled to perform such acts as may be prescribed by or incidental to the internship, residency, or clinical fellowship program, but are not otherwise entitled to engage in the practice of medicine and surgery or osteopathic medicine and surgery in this state. You must limit your activities to the programs of the hospitals or facilities for which you have applied. You must train only under the supervision of the physicians responsible for supervision as part of the internship, residency, or clinical fellowship program.

The processing time before issuance of a training certificate is ordinarily 6 to 8 weeks after receipt of an application by the Board. Applications are processed in the order received. An incomplete application or any unusual circumstances discovered during processing will result in deviation from this schedule. You will be notified if the application is incomplete or contains errors; or if there is difficulty in obtaining the independently requested recommendations.

The Ohio Administrative Code provides that the Board may abandon an application if you fail to complete the application process within six months of initial application filing. Submitted fees will not be refundable or transferable.

Sincerely,

*Penny E. Grubb*

Penny E. Grubb
Chief, Licensure

Ex. 176