**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Darlington Amadasu

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, April 2002      See Reverse for Instructions

7002 0860 0000 1408 6719