**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darlington Amadasu
P.O. Box 6263
Cinti. OH. 45206

01cv210 #150 - Weber

2. Article Number (Transfer from service label)

7002 0860 0000 1408 6770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Amadasu
C. Date of Delivery: 5/20/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540