IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv210-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| JAMES R. DONOVAN, M.D., et al, | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

      Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court ADOPTS the Report and Recommendation of the Magistrate (doc.#138) in its entirety. Accordingly, Defendants' motions for summary judgment (docs. ##97, 98) are GRANTED on their merits; Plaintiff's Cross-Motion for summary judgment (doc.#105) is DENIED on its merits. The Parties other pending motions (docs.##'s 113, 115, 126, 136, 144, 147) are DENIED as MOOT or otherwise untimely. This case is DISMISSED with prejudice.

5/18/06                                                                                          JAMES BONINI, CLERK

                                                                                          ___s/William Miller_____
                                                                                          Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.