UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 JUN 13 PM 3:51

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff | Case No: C-1-01-210<br><br>Black/Dlott |
| -V- | NOTICE OF APPEAL |
| JAMES R. DONOVAN, MD, et al<br>Defendants | |

Notice is hereby given that Plaintiff Pro se Darlington Amadasu hereby appeals to the United States Court of Appeals for the Sixth Circuit from all proceedings, judgments, decisions, and orders made therein and the final order dismissing claims in favor of the defendants entered in this action on the 18th day of May, 2006.

Dated: Cincinnati, OH
06/13/2006

Darlington Amadasu
P. O. Box 6263
Cincinnati, OH 45206
[Plaintiff Pro se]