UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU
Plaintiff

Case No: C - 1- 01 - 210

Black/Dlott

-V-

JAMES R. DONOVAN, MD, et al
Defendants

---

## JUDICIAL NOTICE
### RE: APPEAL as of RIGHT, NON-PAYMENT OF FEES

Judicial Notice is hereby given that pursuant to the Sixth Circuit Rule, 6 Cir. I.O.P. 3 (b) plaintiff who has been and still indigent litigant in this action with status of *in forma pauperis* does not have to pay fees. Judicial Notice is hereby given to facilitate plaintiff appeals.

Dated: Cincinnati, OH
06/13/2006

Darlington Amadasu
P. O. Box 5263
Cincinnati, OH 45206
[Plaintiff P o se]