UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

06 NOV 15 PM 1:3

DARLINGTON AMADASU
Plaintiff

Case No: C - 1- 01 - 210

Black/Dlott

-V-

NOTICE OF APPEAL

JAMES R. DONOVAN, MD, et al
Defendants

---

Notice is hereby given that Plaintiff Pro se Darlington Amadasu hereby appeals to the United States Court of Appeals for the Sixth Circuit from all proceedings, judgments, decisions, and orders made therein and the final order denying Plaintiff's Motion for Rule 27(b) Perpetuation of Testimony filed on the 17th day of October, 2006.

Dated: Cincinnati, OH
11/15/2006

*(signature)*
Darlington Amadasu
P. O. Box 6263
Cincinnati, OH 45206
[Plaintiff Pro se]