Case No: 06-3855

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

**FILED**
NOV 2 7 2006
LEONARD GREEN, Clerk

DARLINGTON AMADASU

    Plaintiff - Appellant

v.

JAMES DONOVAN, MD; THE UNIVERSITY OF CINCINNATI; CLAUDIA S. MILLER, MD; ROGERS B. PERALES; UNIVERSITY OF TEXAS, Health Science Center at San Antonio; ANDREW FILAK; TRACY HERRMANN; JUDY JARRELL; RALPH CHARLES BUNCHER; DORA JEFFERSON-GAYNOR; MURIEL POHL; DEBRA ANN MIDDAUGH; ANDREW FREEMAN; JAMES LOCKEY

    Defendants - Appellees

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by 11/10/06 .

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: November 27, 2006

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH 45206

Justin D. Flamm
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800 Firstar Tower
Cincinnati, OH 45202-3957

Gregory P. Rogers
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800 Firstar Tower
Cincinnati, OH 45202-3957

Chirstopher Coppola
Attorney General of Texas
General Litigation Division
300 W. 15th Street
11th Floor
Austin, TX 78701

Wylie E. Kumler
300 W. 15th Street
Austin, TX 78701

RE: 06-3855
Amadasu vs. Donovan
District Court No. 01-00210

Enclosed is a copy of an order which was entered today in the above-styled case.

>                                    Very truly yours,
>                                    Leonard Green, Clerk
>
>                                    (Ms.) Michelle M. Davis
>                                    Case Manager

Enclosure

cc:
    Mr. James Bonini