Case No: 06-4564

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

FILED

JUN 2 2 2007

LEONARD GREEN, Clerk

01-210    570

DARLINGTON AMADASU

            Plaintiff - Appellant

    v.

JAMES R. DONOVAN, MD; UNIVERSITY OF CINCINNATI; CLAUDIA S.
MILLER, MD; ROGERS B. PERALES; UNIVERSITY OF TEXAS; ANDREW
FILAK; TRACY HERRMANN; JUDY JARRELL; RALPH CHARLES BUNCHER;
DORA JEFFERSON-GAYNOR; MURIEL POHL; DEBRA ANN MIDDAUGH;
ANDREW FREEMAN; JAMES LOCKEY

            Defendants - Appellees

---

     Appellant having previously been advised that failure to satisfy
certain specified obligations would result in dismissal of the case for
want of prosecution and it appearing that the appellant has failed to
satisfy the following obligation(s):

     The Appellant's Brief was not filed by 6/11/07 .

     It is therefore **ORDERED** that this cause be, and it hereby is,
dismissed for want of prosecution.

                                        ENTERED PURSUANT TO RULE 45(a),
                                        RULES OF THE SIXTH CIRCUIT

                                         Leonard Green, Clerk

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: June 22, 2007

Darlington Amadasu
P.O. Box 6263
Cincinnati, OH  45206

Gregory P. Rogers
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800 Firstar Tower
Cincinnati, OH  45202-3957

Wylie E. Kumler
Office of the Attorney General
P.O. Box 12548
Capitol Station
Austin, TX  78711

RE: 06-4564
Amadasu vs. Donovan
District Court No. 01-00210

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

Enclosure

cc:
    Mr. James Bonini